# Exhibit 4

```
 1
 2           UNITED STATES DISTRICT COURT
             EASTERN DISTRICT OF NEW YORK
 3
     ANTHONY JACINO and GLASS STAR   )
 4   AMERICA, INC.,                  )
                                     )
 5              Plaintiffs,          )
                                     )
 6              vs.                  )
                                          16-CV-01704(BMC)
 7                                   )
     ILLINOIS TOOL WORKS, INC., ITW  )
 8   GLOBAL BRANDS, ITW POLYMERS &   )
     FLUIDS, and PERMATEX INC.,      )
 9                                   )
                Defendants.          )
10   --------------------------------)
     ILLINOIS TOOL WORKS, INC.,      )
11                                   )
                Counterclaimant,     )
12                                   )
                vs.                  )
13                                   )
                                     )
14   GLASS STAR AMERICA, INC.        )
                                     )
15              Counterclaimant.     )
     --------------------------------)
16
17
18        ATTORNEYS' EYES ONLY DEPOSITION OF
                    JOSEPH JACINO
19              Farmingdale, New York
             Wednesday, March 22, 2017
20
21
22
23
24   Reported by:
     Philip Rizzuti
25   JOB NO. 120593
```

1
2
3
4
5              March 22, 2017
6               9:56 a.m.
7
8       Deposition of JOSEPH JACINO,
9  held at the offices of TSG Reporting
10 Company, 855 Conklin Street,
11 Farmingdale, New York, pursuant to
12 notice, before Philip Rizzuti, a
13 Notary Public of the State of New York
14
15
16
17
18
19
20
21
22
23
24
25

1

2   A P P E A R A N C E S:

3

4        IntellectuLaw

5        Attorneys for Plaintiffs

6             25 Little Harbor Road

7             Mount Sinai, New York 11766

8        BY:   PANAGIOTA BETTY TUFARIELLO, ESQ.

9

10

11       THOMPSON COBURN

12       Attorneys for Defendants

13            One US Bank Plaza

14            St. Louis, Missouri 63101

15       BY:   JUSTIN MULLIGAN, ESQ.

16

17

18   ALSO PRESENT:

19        CHRISTIAN BIDONDE, Videographer

20        ANTHONY JACINO, JR.

21

22

23

24

25

1

2      IT IS HEREBY STIPULATED AND AGREED,

3 by and between counsel for the respective

4 parties hereto, that the filing, sealing and

5 certification of the within deposition shall

6 be and the same are hereby waived;

7      IT IS FURTHER STIPULATED AND AGREED

8 that all objections, except as to the form

9 of the question, shall be reserved to the

10 time of the trial;

11     IT IS FURTHER STIPULATED AND AGREED

12 that the within deposition may be signed

13 before any Notary Public with the same force

14 and effect as if signed and sworn to before

15 the Court.

16

17

18

19

20

21

22

23

24

25

1  Joseph Jacino - attorneys' eyes only
2          THE VIDEOGRAPHER:  This is the
3  start of media labelled numbered 1 of the
4  video recorded deposition of Joseph
5  Jacino in the matter of Jacino et al.
6  versus ITW et al., filed in the United
7  States District Court, Eastern District
8  of New York.  Case number 16-CV-01704.
9          This deposition is being held at
10 855 Conklin Street, Farmingdale, New York
11 on March 22, 2017 at approximately 9:56
12 a.m.  My name is Chris Bidonde, I am the
13 legal video specialist from TSG Reporting
14 Inc., headquartered at 747 Third Avenue,
15 New York, New York.  The court reporter
16 is Phil Rizzuti in association with TSG
17 Reporting.
18         Will counsel please introduce
19 yourselves.
20         MS. TUFARIELLO:my name is
21 Panagiota Betty Tufariello, I am with the
22 law firm of IntellectuLaw, Law Offices of
23 P.B. Tufariello, P.C. located at 25
24 Little Harbor Road, Mount Sinai, New York
25 11766.  I am here on behalf of the

1      Joseph Jacino - attorneys' eyes only
2       plaintiff Anthony Jacino and Glass Star
3       Inc.  I am also counsel for the witness
4       today who is appearing pursuant to a
5       subpoena, the witness being Joseph
6       Jacino.
7            MR. MULLIGAN:  And on behalf of
8       the defendant ITW, Justin Mulligan with
9       Thompson Coburn at One US Bank Plaza, St.
10      Louis, Missouri 63101.
11           THE VIDEOGRAPHER:  Will the court
12      reporter please swear in the witness.
13  J O S E P H   J A C I N O,  called as a
14      witness, having been duly sworn by a
15      Notary Public, was examined and
16      testified as follows:
17  EXAMINATION BY
18  MR. MULLIGAN:
19      Q.   Could you please state your name
20  for the record?
21      A.   Joseph Gerald Jacino.
22      Q.   Thank you.  What is your current
23  address?
24      A.   12 Sycamore Drive, East Moriches,
25  New York 11940.

1    Joseph Jacino - attorneys' eyes only
2    the exclusive right together with the right to
3    sub license that right to make, use and sell
4    the works embodied in the United States
5    Copyright Registration numbers TX 4-945-858
6    and TX 4-910-938; is that correct?
7         A.    Yes.
8         Q.    Do you have any information as to
9    how Mr. Jacino granted Glass Star the
10   exclusive right to these registrations?
11        A.    I don't know that.
12        Q.    Do you know whether or not Mr.
13   Jacino got his brother Gerald's permission to
14   grant that exclusive license?
15        A.    Could you repeat that please?
16        Q.    Yes.  Do you know if Anthony
17   Jacino ever got his brother Gerald's
18   permission to provide Glass Star with an
19   exclusive right to the registrations?
20        A.    I do not know that question, I
21   really don't, no.
22        Q.    ==Do you know or are you familiar==
23   ==with any writing between Mr. Jacino and Glass==
24   ==Star providing this exclusive right to the==
25   ==registrations?==

1       Joseph Jacino - attorneys' eyes only

2           A.      I do not.

3           Q.      If you look to paragraph 18, it

4   says on April 20, 2006 Glass Star and ITW

5   Performance Polymers Consumer Division, a

6   division of Illinois Tool Works Inc. entered

7   into an agreement under which Glass Star

8   manufactured private label for ITW on the

9   following products.

10              And one of those would be the

11  windshield repair kit.  Did I read that

12  correctly?

13          A.      Yes.

14          Q.      And then later on in paragraph 18

15  it says that the license agreement was annexed

16  to the complaint as Exhibit C; is that

17  correct?

18          A.      Yes.

19          Q.      Then just under paragraph 19 it

20  says that under the license agreement Glass

21  Star granted ITW exclusive rights to use the

22  works embodied in the United States copyright

23  registrations that we previously mentioned; is

24  that correct?

25          A.      I see that here, yes.

1      Joseph Jacino - attorneys' eyes only
2          Q.    Do you know if Glass Star ever
3    applied for loans with any other banks?
4          A.    No.
5          Q.    Did Glass Star have any loans from
6    any of the family members or owners of the
7    company?
8          A.    Not that I am aware of.
9          Q.    Do you know whether or not Glass
10   Star has ever had a sheriff's levy placed on
11   the property?
12         A.    No I am not aware of that.
13               MS. TUFARIELLO:  Which property.
14         Q.    The company office building?
15         A.    No.
16         Q.    As we discussed a little earlier,
17   the agreement between Glass Star and ITW was
18   for a private line of products; is that
19   correct?
20         A.    Correct.
21         Q.    So ITW was not selling a Glass
22   Star branded product; is that correct?
23         A.    Correct.
24         Q.    It would be selling a product
25   under a name such as Permatex or VersaChem or

1       Joseph Jacino - attorneys' eyes only
2   Bullseye like we discussed; is that correct?
3       A.      That is correct.
4       Q.      Do you know whether or not any of
5   those private line packages included the name
6   Glass Star on them?
7       A.      That I am not aware of.  I am not
8   sure.
9       Q.      For ITW's private lines that Glass
10  Star manufactured was new packaging designed
11  or did they use existing Glass Star packaging?
12      A.      This I don't know, I wasn't
13  involved in it.
14          MS. TUFARIELLO:  Counsel, we have
15      been going for an hour.
16          MR. MULLIGAN:  You want to take a
17      break?
18          MS. TUFARIELLO:  Yes, please.
19          MR. MULLIGAN:  Perfect, take a
20      break.
21          THE VIDEOGRAPHER:  The time is
22      10:55 a.m., this concludes media 1 for
23      the record.
24          (Recess taken.)
25          THE VIDEOGRAPHER:  The time is

1       Joseph Jacino - attorneys' eyes only
2   front of you, pull that back out?
3            MS. TUFARIELLO:  Exhibit 7.
4            MR. MULLIGAN:  Correct.
5       A.    Yes I have it.
6       Q.    Turn to page 6 of Exhibit 7, do
7   you see the second claim for relief for unfair
8   competition and false designation of origin;
9   in the bold towards the bottom of the page?
10      A.    Yes I see it.
11      Q.    Then in paragraph 38 it states,
12  defendant's ongoing actions of selling
13  windshield repair kits with packaging and
14  inserts identical to packaging and inserts
15  used during the nine year time period during
16  which the license agreement between Glass Star
17  and the defendants was in effect constitute
18  unlawful palming off on Glass Star's patented
19  invention by creating the false designation in
20  commerce that defendant's products were and
21  still are manufactured by Glass Star, or that
22  they are still approved or authorized by Mr.
23  Jacino.
24            Did I read that correctly?
25      A.    Yes.

```
 1           Joseph Jacino - attorneys' eyes only
 2           Q.    So what packaging and inserts are
 3      being referred to in this paragraph?
 4           A.    Windshield repair kits.
 5           Q.    Are those the same windshield
 6      repair kit packaging and inserts that you
 7      claim infringe Glass Star's copyright
 8      registrations?
 9           A.    Could you repeat that?
10           Q.    Yes.  Are those the same Glass
11      Star repair kit packages and instructions that
12      you claim also infringe Glass Star's copyright
13      registrations?
14           A.    Yes.
15           Q.    Do you know whether or not Glass
16      Star produces any do it yourself private lines
17      for other companies?
18           A.    Could you repeat that?
19           Q.    Do you know whether or not Glass
20      Star produces any private line and let me
21      rephrase it.
22                 Between 2013 and 2015 are you
23      aware of whether or not Glass Star was
24      producing any other private lines for other
25      companies?
```

1      Joseph Jacino - attorneys' eyes only
2  was about?
3      A.   No, I don't remember, just that
4  there was rumblings.
5      Q.   And you don't remember who those
6  rumblings were?
7      A.   No.
8           MS. TUFARIELLO:  Please allow the
9      attorney to finish his question.
10     Q.   In 2014 and 2015 are you aware of
11 whether Glass Star was having trouble meeting
12 it's deadlines for production in the
13 windshield repair kit line?
14     A.   No, I don't, I wasn't involved in
15 it much, so I don't recall.
16     Q.   So you have no knowledge on
17 whether or not Glass Star was on time or
18 behind on any orders in 2014 and 2015?
19     A.   No.
20     Q.   In 2014 or 15 are you aware of
21 anyone at Glass Star asking ITW to stop
22 placing orders to allow them to catch up on
23 orders?
24     A.   No, I am not aware of that.
25     Q.   Are you aware of any facts

1      Joseph Jacino - attorneys' eyes only
2  professional side of the business and bring in
3  sales for that, and production, be involved in
4  all aspects of the professional products.
5          Q.    In the development and launch of
6  Glass Star as a company do you remember anyone
7  mentioning or talking about copyright
8  registrations that Clear Star had previously
9  owned?
10         A.    No.  No, I wasn't involved in
11 that.
12         Q.    Are you aware of any documents
13 that provide Glass Star America with the right
14 to use Clear Star's copyright registrations?
15         A.    I am not aware of them.
16         Q.    On the last sentence on the same
17 exhibit it says, he also has knowledge of the
18 roles played by other persons listed in these
19 disclosures as they relate to the forgoing
20 topics.
21              Would that be in general your
22 knowledge of Mr. Jacino Sr., Anthony Jacino
23 Jr. and Vince Immordino and the other people
24 listed throughout here, their involvement with
25 Glass Star?

1    Joseph Jacino - attorneys' eyes only
2       2:43 p.m., this ends media 4, off the
3       record.
4              (Time noted:  2:43 p.m.)
5                      _____
6                      JOSEPH JACINO
7
8  Subscribed and sworn to before me
9  this ___ day of _____, 2017
10
11 _____

1

2                C E R T I F I C A T E

3    STATE OF NEW YORK      )

4                           : ss.

5    COUNTY OF NEW YORK     )

6

7              I, Philip Rizzuti, a Notary

8    Public within and for the State of New

9    York, do hereby certify:

10             That JOSEPH JACINO, the witness

11   whose deposition is hereinbefore set forth,

12   was duly sworn by me and that such

13   deposition is a true record of the

14   testimony given by the witness.

15             I further certify that I am not

16   related to any of the parties to this

17   action by blood or marriage, and that I am

18   in no way interested in the outcome of this

19   matter.

20             IN WITNESS WHEREOF, I have

21   hereunto set my hand this 3rd day of

22   April, 2017.

23                       _____

24                       PHILIP RIZZUTI

25