# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------X

ANTHONY JACINO, and
GLASS STAR AMERICA, INC.

      Plaintiffs,

v.

ILLINOIS TOOL WORKS INC.,
ITW GLOBAL BRANDS, ITW POLYMERS
& FLUIDS, and
PERMATEX INC.

      Defendants.

-----------------------------------------------------------X

ILLINOIS TOOL WORKS INC.,

      Counterclaimant,

v.

GLASS STAR AMERICA, INC.,

      Counterdefendant.

-----------------------------------------------------------X

Case No. 16-CV-01704 (BMC)

## DECLARATION OF PANAGIOTA BETTY TUFARIELLO
## IN OPPOSITION TO DEFENDANTS' MOTION FOR
## PARTIAL SUMMARY JUDGMENT

      I, Panagiota Betty Tufariello, Esq., an attorney duly licensed to practice in the State of New York, declare that the following statements are true and correct under the penalty of perjury:

1. I am an attorney and member of the law firm Intellectulaw, The Law Offices of P.B. Tufariello, P.C., (hereinafter "Intellectulaw"), with offices in Mt. Sinai, Suffolk County, New York.

2. I represent the Plaintiffs ANTHONY JACINO, and GLASS STAR AMERICA, INC. ("Plaintiffs") in the above captioned action. As such I am fully familiar with the facts and circumstances of the proceedings had herein.

3. I submit the present declaration in opposition of Defendants' Motion for Partial Summary Judgement.

4. The annexed exhibits are relevant to the plaintiffs' opposition papers.

5. Annexed hereto as **Exhibit A** is a true and accurate copy of the Copyright Registration No. TX 4-945-858.

6. Annexed hereto as **Exhibit B** is a true and accurate copy of the Copyright Registration No. TX4-910-938.

7. Annexed hereto as **Exhibit C** is a true and accurate copy of documents turned over in response to Defendants' Subpoena to non-party witness Gerald Jacino, bates stamped GER.JAC 000001-000019.

8. Annexed hereto as **Exhibit D** is a true and accurate copy of documents, bates stamped JAC001928-JAC001931, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

9. Annexed hereto as **Exhibit E** is a true and accurate copy of documents, bates stamped JAC001243-001261, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

10. Annexed hereto as **Exhibit F** is a true and accurate copy of documents, bates stamped JAC000600-000615, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

11. Annexed hereto as **Exhibit G** is a true and accurate copy of documents, bates stamped JAC001282-001292, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

12. Annexed hereto as **Exhibit H** is a true and accurate copy of documents, bates stamped JAC000519-000523, which non-party Gerald Jacino turned over to Defendants during the discovery proceedings in the present matter, in response to Defendants' subpoena.

13. Annexed hereto as **Exhibit I** is a true and accurate copy of documents, bates stamped JAC000218-JAC000221, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

14. Annexed hereto as **Exhibit J** is a true and accurate copy of documents, bates stamped ITW 005595-ITW005606, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

15. Annexed hereto as **Exhibit K** is a true and accurate copy of documents, bates stamped JAC000170-JAC000174, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

16. Annexed hereto as **Exhibit L** is a true and accurate copy of documents, bates stamped ITW 034939-ITW0034940, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

17. Annexed hereto as **Exhibit M** is a true and accurate copy of documents, bates stamped

JAC 000182, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

18. Annexed hereto as **Exhibit N** is a true and accurate copy of documents, bates stamped JAC 000617-001242, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

19. Annexed hereto as **Exhibit O** is a true and accurate copy of documents, bates stamped ITW 005135-005147, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

20. Annexed hereto as **Exhibit P** is a is a true and accurate copy of documents, bates stamped ITW 005678-005680, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

21. Annexed hereto as **Exhibit Q** is a true and accurate copy of documents, bates stamped ITW 005595-005606, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

22. Annexed hereto as **Exhibit R** is a true and accurate copy of documents, bates stamped ITW 005017-005022, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter..

23. Annexed hereto as **Exhibit S** is a true and accurate copy of documents, bates stamped ITW 005281-005283, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

24. Annexed hereto as **Exhibit T** is a true and accurate copy of documents, bates stamped ITW 004993-004995, which Defendants turned over to Plaintiffs during the discovery

proceedings in the present matter.

25. Annexed hereto as **Exhibit U** is a true and accurate copy of documents, bates stamped ITW 003585-003598, which Defendants turned over to Plaintiffs during the discovery proceedings in the present matter.

26. Annexed hereto as **Exhibit V** is a true and accurate copy of a document, bates stamped JAC 000122, which Plaintiffs turned over to Defendants during the discovery proceedings in the present matter.

27. Annexed hereto as **Exhibit W** is a true and accurate copy of the NYS Department of State Entity Information electronic records regarding Clear Star Products Inc.

28. Annexed hereto as **Exhibit X** is a true and accurate copy an excerpt of the Deposition Transcript generated during the deposition of Gerald Jacino, co-owner of the copyrights asserted in this matter, as taken by the Defendants on March 29, 2017.

Respectfully submitted

Dated: Mount Sinai, New York
September 11, 2017

*/s/ Panagiota Betty Tufariello*

Panagiota Betty Tufariello (PBT 3429)
25 Little Harbor Road
Mount Sinai, NY 11766
631-476-8734
631-476-8737(FAX)
Pbtufariello@intellectulaw.com

Attorneys for Plaintiffs
ANTHONY JACINO, and
GLASS STAR AMERICA, INC.

## CERTIFICATE OF SERVICE

It is hereby certified that on the date below, the undersigned served a true and correct copy of DECLARATION OF PANAGIOTA BETTY TUFARIELLO IN OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT together with the Exhibits referenced therein, by E-mail upon counsel for Defendants ILLINOIS TOOL WORKS INC., ITW GLOBAL BRANDS, ITW POLYMERS & FLUIDS, and PERMATEX INC. PTE.LTD, as follows:

**Brian G. Arnold**
**Michael L. Nepple**
**Justin P. Mulligan**
Thompson Coburn LLP
2029 Century Park East, 19th Floor
Los Angeles, CA 90067

Emails: barnold@thompsoncoburn.com
mnepple@thompsoncoburn.com
jmulligan@thompsoncoburn.com

*Panagiota Betty Tufariello*
Panagiota Betty Tufariello, Esq.