# EXHIBIT C

**CLEAR ★ STAR** PRODUCTS INC.

Manufacturers of Automotive Specialty Repair Systems
355 Marcus Blvd., Hauppauge, N.Y. 11788

Tel: (516) 952-3184
Fax: (516) 952-3179
Toll Free: (800) 848-8009

CLEAR STAR PRODUCTS INC.

Incorporated in June 1978

Clear Star was founded by two brothers, Anthony (Tony) and Gerald (Jerry) Jacino, who set out to provide a windshield repair system that was easy to operate and could be used by the average car owner.

Tony Jacino operated his own car dealership and was very familiar with the Novus repair system. He was the first to introduce windshield repair as a service to the Long Island car dealers in 1976/1977. When the repair method was first demonstrated to his brother Jerry, a Mechanical Engineer, he thought that the system was complicated and too difficult for the average person to use without specialized training. The brothers envisioned an easier method and set out to develop their own unique windshield repair system that anyone could operate.

The Clear Star design emerged one day in 1978 when Jerry came across a plastic disk from a push up ice cream pop on his porch. Thinking it was a wheel from one of his children's toys, he began to analyze it. After staring at the component for a few minutes, it occurred to him that this was a basis for a windshield repair system. He immediately envisioned a way to mount an enclosed chemical reservoir over the damaged area with a self adhesive seal to form an air tight floating resin chamber.

Over the next several months the brothers began to test the design concept using the actual ice cream cone disk for their resin chamber. They connected a syringe to the disk, added a spring lock, and notched the plunger to engage the lock. They then added an adhesive seal, a valve, and thus created the first vacuum and pressure system for windshield repair. The brothers immediately contacted a patent lawyer and initiated the process for obtaining their first patent in 1980.

Once the patent application was submitted, Tony and Jerry elected to manufacture the product in their garages and basements. Their first market was Used Car Dealers who had an immediate need for a windshield repair system that they could operate easily. Hence, the birth of Clear Star Products.

**GER.JAC 000001**

In 1979 Clear Star appeared in Popular Science under "What's New For Your Car" which generated lots of interest, sales and many other auto magazine editorials.

Clear Star began attending trade shows demonstrating the repair procedure to the many different glass related industries. The commercial repair system began to appear in the C.R. Laurence catalog, a major supplier to the glass industry. Clear Star then first began to appear in the J.C. Whitney Catalog in 1980, offering car owners the opportunity to purchase a repair kit and fix the damage themselves. Soon afterwards, the Clear Star "Windshield Saver" began appearing on a blister card in auto parts stores and retail outlets throughout the country.

In 1990, Clear Star was awarded a second patent, and introduced a new type injector barrel, capable of accumulating vacuum to 30" Hg (mercury scale). This new design is in all its current commercial systems including all the added new features.

In 1993, The brothers received a Patent for Plate Glass Repair. Unlike all other home grown systems, their plate glass repair system use a free floating resin chamber and special air venting seals that make the repair procedure quick and easy.

The company operated two manufacturing locations to handle its retail and commercial markets and in 1995 merged both operations in their new facility in Hauppauge, NY.

February 27, 1997

Supreme Court of The State of New York
Suffolk County                                Index No.: 03-12165

In re Dissolution of
Clear Star Products Inc.                      Stipulation

It is hereby stipulated ~~agreed~~ and agreed by and between the parties hereto and their respective counsel as follows:                           (2 pg 10's)

1. The annexed asset selection list consisting of ~~13~~ 14 pages, which allocates certain assets of Clear Star Products Inc. to Anthony Jacino and to Gerald Jacino, is agreed to be the asset selection by the parties required by the So-Ordered Stipulation dated September 24, 2003 entered in this proceeding (the "So-Ordered Stip.")

2. To the extent corporate assets are not identified and selected on the annexed list, the parties hereby reserve the right to continue the selection process contemplated by the So-Ordered Stip. ~~The~~ Parties reserve the right to identify ~~assets~~ not on the annexed list.

3. ~~To the extent not already selected on the annexed list~~ The parties agree to go through the building at 355 Marcus Boulevard, Hauppauge, NY and divide the following categories of assets equally, by marking the assets with identification tags:
   a) Desks
   b) Tables
   c) Chairs
   d) Work Tables
   e) Work Stations
   f) Cabinets & File Cabinets
   g) Shelves & racks
   h) Show Booth Headers (GJ 1st choice)
   i) Show Booth Graphics

4. When the parties do physically separate pursuant to the So-Ordered Stip and pursuant to the Court's approval, if required, they shall adhere to the asset selections made on the annexed list, and made in accordance with paragraph 3 above.

5. In the event there is any dispute with regard to the asset selection under paragraph 3 above, the parties agree to consult with their attorney's who shall attempt to resolve the dispute.

6. This stipulation is executed by the parties with the understanding and agreement that all rights are reserved with regard to any pending motions.

7. Both parties represent and warrant to the other that to the best of their knowledge the annex list includes and lists all corporate assets that fall into the following categories of assets:
   a) Injection molds
   b) Vacuum molds
   c) Blow molds
   d) Cutting dies
   e) Blister sealing trays
   f) Blister molds
   g) Machinery
   h) Vehicles
   i) Computers
   j) Printers.

GER.JAC 000004

Agreed to on this 4th day of December, 2003.

_____
Gerald Jacino

_____
Anthony Jacino

Law Offices of Robin L. Kissin, P.C.

By: _____
Kent Gross
Attorneys for Anthony Jacino

Twomey Latham Shea & Kelley, LLP

By: _____
Bryan C. Van Cott
Attorneys for Gerald Jacino.

## Molds

### Injection

| Injection | Location | Quantity | Duplication Cost | | Assignment | |
|---|---|---|---|---|---|---|
| | | | | AJ | GJ | Share |
| 1 Pedestals - stars | Supplier | 1 | 19,000 | Qoute | | GJ | |
| 2 Pedestals - plain | Supplier | 1 | 19,000 | Qoute | | GJ | |
| 3 Pedestals-plate glass | Supplier | 1 | 19,000 | Qoute | | | AJ/GJ |
| 4 Plunger - 60 cc | Supplier | 1 | 6500 | Qoute | AJ | | |
| 5 Plunger - 30 cc | Supplier | 1 | 6500 | Qoute | AJ | | |
| 6 Collet for 60 cc barrel | Supplier | 1 | | | AJ | GJ | |
| 7 Flow Regulators | Supplier | 1 | 13500 | Qoute | AJ | GJ | |
| 8 Cure Guards | Supplier | 1 | 11500 | Qoute | AJ | | |
| 9 Star/Pedestal Mold/ Barts manufactured | | 1 | | | AJ | | |

Note: Molds located at "The Hinz Company"

### Vacuum

| Vacuum | Location | Quantity | Duplication Cost | | Assignment | |
|---|---|---|---|---|---|---|
| | | | | AJ | GJ | Share |
| 1 UV30 insert | Plant | 1 | 500 | Estimate | | GJ | |
| 2 Super insert #1 | Plant | 1 | 500 | Estimate | | GJ | |
| 3 Super insert #2 | Plant | 1 | 1,000 | Estimate | | GJ | |
| 4 EM 60 insert | Plant | 1 | 500 | Estimate | AJ | GJ | |
| 5 UV18 insert | Plant | 1 | 500 | Estimate | AJ | GJ | |
| 6 UV12 insert | Plant | 1 | 500 | Estimate | AJ | | |
| 7 UV24 insert | Plant | 1 | 500 | Estimate | AJ | | |
| 8 display glass stand | Plant | 1 | 500 | Estimate | AJ | GJ | |
| 9 GD18 | Plant | 1 | 500 | Estimate | AJ | | |
| 10 PG10 | Plant | 1 | 500 | Estimate | AJ | | |

### Blow mold

| Blow mold | Location | Quantity | Duplication Cost | | Assignment | |
|---|---|---|---|---|---|---|
| | | | | Aj | GJ | Share |
| 1 UV24/UV24D box | Supplier | 1 | 3,500 estimate | | | | X AJ/GJ |

Note: Molds located at "Plastic Forming Company"

## Cutting Dies

| # | | Location | Quantity | Duplication Cost | | Assignment | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | AJ | GJ | Share |
| 1 | Lens Saver Blister | Plant | 2 | 200 | estimate | D2 | D1 | |
| 2 | Etch Blister | Plant | 2 | 200 | estimate | D4 | D3 | |
| 3 | Rear view scr-button | Plant | 2 | 350 | estimate | D6 | D5 | |
| 4 | Rear view scr-circle | Plant | 2 | 350 | estimate | D8 | D7 | |
| 5 | Hight Saver- disc. | Plant | 2 | 350 | estimate | D9 | D10 | |
| 6 | Hight Saver-blister | Plant | 2 | 200 | estimate | D12 | D11 | |
| 7 | Display cutout | Plant | 2 | 400 | estimate | D14 | D13 | |
| 8 | Promotion stand | Plant | 2 | 300 | estimate | D16 | D15 | |

| # | | Location | Quantity | Duplication Cost | | Assignment | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | AJ | GJ | Share |
| 9 | 341 blister -new | supplier A | 1 | 700 | Quote | AJ | GJ | |
| 10 | 341 blister -old | supplier A | 1 | | | | | |
| 11 | 123 blister | supplier A | 1 | 550 | Quote | AJ | | |
| 12 | 362 blister | supplier A | 1 | 400 | Quote | AJ | | |
| 13 | 208 blister | supplier A | 1 | 300 | Quote | | GJ | |
| 14 | 711 blister | supplier A | 1 | 300 | Quote | AJ | GJ | |
| 15 | Lens Saver II blister | supplier A | 1 | 225 | Quote | AJ | | |
| 16 | Repair tape blister | supplier A | 1 | 350 | Quote | | | |
| 17 | Tape ring | supplier B | 1 | 500 | estimate | AJ | | |

Supplier: A "Anpal Industries inc.", Supplier B "Frank Lowe"

## Blister sealing trays

| | | Location | Quantity | Duplication Cost | | Assignment | |
|---|---|---|---|---|---|---|---|
| | | | | | AJ | GJ | |
| 1 | 341 / 777 (new) | Plant | 14 | 75 | estimate | B53 - B74 | B61 - B67 |
| 2 | 341 old type/517 | Plant | 14 | 75 | estimate | B1 - B34 | B3 - B14 |
| 3 | 362 | Plant | 5 | 75 | estimate | B15 - B17 | B18 - B19 |
| 4 | 123 | Plant | 5 | 75 | estimate | B20 - B22 | B23 - B24 |
| 5 | 208 | Plant | 5 | 75 | estimate | B25 - B29 | B25 - B27 |
| 6 | 375,376,377 | Plant | 5 | 75 | estimate | B30 - B34 | B30 - B32 |
| 7 | 115 | Plant | 2 | 75 | estimate | B35 - B36 | B35 |
| 8 | XXXXX | | | | | | |
| 9 | 230,231,232 | Plant | 4 | 75 | estimate | B37 - B38 | B39 - B40 |
| 10 | 456 | Plant | 7 | 75 | estimate | B41 - B44 | B45 - B47 |
| 11 | 525 | Plant | 8 | 75 | estimate | B52 - B55 | B48 - B51 |
| 12 | 711 | Plant | 5 | 75 | estimate | B59 - B60 | B56 - B58 |

Note: Trays to be divided

## Blister molds

| | | Location | Quantity | Duplication Cost | | Assignment | |
|---|---|---|---|---|---|---|---|
| | | | | | AJ | GJ | Share |
| 1 | 341 / 777 new | Supplier | 1 | 2,100 | Quote | | GJ |
| 2 | 123 | Supplier | 1 | 1,800 | Quote | | GJ |
| 3 | 208 | Supplier | 1 | 750 | Quote | AJ | |
| 4 | lens tape | Supplier | 1 | 1,350 | Quote | AJ | GJ |
| 5 | 456 | Supplier | 1 | 1,150 | Quote | AJ | |
| 6 | instant lens | Supplier | 1 | 1,575 | Quote | AJ | |
| 7 | 115 | Supplier | 1 | 1,000 | estimate | | GJ |
| 8 | lens Saver II | Supplier | 1 | 500 | Quote | | GJ |
| 9 | UV18 insert | Supplier | 1 | 1,200 | Quote | AJ | GJ |
| 10 | 711 | Supplier | 1 | 1,225 | Quote | AJ | |
| 11 | 441/442/443 | Supplier | 1 | 1,000 | estimate | | GJ |

Supplier: "Anpat Industries Inc."

Page 3

**GER.JAC 000008**

## Machinery

| | Location | Quantity | Assignment | | remarks |
|---|---|---|---|---|---|
| | | | AJ | GJ | |
| 1 Pinning Machine | Plant | 2 | 10,000 estimate | T17 | T18 |
| 2 Vacuum forming | Plant | 1 | 2,500 estimate | AJ | |
| 3 Stamping -operational | Plant | 1 | 800 estimate | AJ | |
| 4 Stamping -operational | Plant | 1 | 800 estimate | | GJ |
| 5 Compressor- Large | Plant | 1 | 750 estimate | | GJ |
| 6 Compressor- small | Plant | 1 | 100 estimate | AJ | |
| 7 Blister mach active | Plant | 2 | 3,500 estimate | AJ | GJ |
| 8 Blister mach-repaired | Plant | 2 | 3,500 estimate | AJ ser# 349606 | |
| 9 Blister mach-parts | Plant | 2 | 1,000 estimate | AJ 206 | GJ 132 |
| 10 Chem load- old | Plant | 2 | 250 estimate | T28 | T27 |
| 11 Chem load pippette | Manuf | 2 | | one | one Testing |
| 12 Manual pump | Plant | 4 | 450 estimate | T11-T13 | T12-T14 |
| 13 Chem load table type | Plant | 1 | 1,500 estimate | | GJ |
| 14 Pedestal load (not operational) | Plant | 1 | | | GJ |
| 15 Vacuum form-table | On order | 1 | 5,500 Actual | | GJ |

Location: T17, T18; T36; T31; T32; T29; T30; T27, T28; T26; T11-T14

Remarks (handwritten):
- AJ ser # 349609
- GJ ser # 609609
- even split

## Vehicles

| | Location | Quantity | |
|---|---|---|---|
| 1 Company 1997 truck | Plant | 1 | To be sold |

GER.JAC 000009

## Tools

| | | Location | Quantity | Replacement Cost | Assignment | |
|---|---|---|---|---|---|---|
| | | | | | AJ | GJ |
| 1 | Drill press | Plant | 1 | 175 | | GJ |
| 2 | 1" Belt/disc Sander | Plant | 2 | 75 | T2 | T1 |
| 3 | Manual sealer | Plant | 2 | 450 | T4 | T3 |
| 4 | Shrink warp sealer | Plant | 2 | 350 | T6 | T5 |
| 5 | Gold plating machine | Plant | 1 | 750 | | GJ |
| 6 | Chop saw | Plant | 1 | 250 | | GJ |
| 7 | Skill saw | Plant | 1 | 25 | | GJ |
| 8 | Tool box | Plant | 1 | 75 | AJ | |

## Computers

| | | Location | Quantity | Current Value | Assignment | |
|---|---|---|---|---|---|---|
| | | | | | AJ | GJ |
| 1 | GJ | office | 1 | 500 estimate | | GJ |
| 2 | AJ | office | 1 | 500 estimate | AJ | |
| 3 | Mary | office | 1 | 500 estimate | | GJ |
| 4 | Reception | office | 1 | 500 estimate | AJ | |
| 5 | Marie | office | 1 | 500 estimate | AJ | |
| 6 | Mac graphics | office | 1 | 1,000 estimate | | GJ |
| 7 | Servers B | office | 1 | 500 estimate | | GJ |
| 8 | Servers A | office | 1 | 500 estimate | AJ | |
| 9 | GWJ | office | 1 | 500 estimate | AJ | |
| 10 | Library | office | 1 | 500 estimate | | GJ |
| 11 | Frank | office | 1 | 500 estimate | AJ | |
| 12 | Marie's office | office | 1 | 300 | | GJ |
| 13 | Old computers | storage | 6 | 0 | ½ | ½ |

→ Split equally w/ AJ having 1st choice

Page 5

GER.JAC 000010

## Office Equip

| | Location | Quantity | Replacement Cost | Assignment AJ | GJ | | |
|---|---|---|---|---|---|---|---|
| 1 Fax #1 old | office | 1 | 300 | | GJ | | |
| 2 Fax #2 new | AJ home | 1 | 300 | AJ | | | |
| 3 Postage mach | Lease | 1 | | AJ | | | |
| 4 Time Clock | | 1 | 100 | AJ | GJ | | |
| 5 copy machine | Lease | 1 | | | | | |
| 6 label maker | | 2 | | New | | | |
| 7 Printers | | 10 | 1,000 | | Old w/Computer | See P.10A | |
| 8 Fire Safe | | 1 | 400 | AJ | | | |
| 9 File cabinets | | 25 | 60 | | GJ | See P.12 | |
| 10 Bookcases | | 6 | 40 | | | See P.11 | Poss. liability |
| 11 Scanner | | 1 | 50 | AJ | | | |

## Other

| | Location | Quantity | Current value | Assignment AJ | GJ |
|---|---|---|---|---|---|
| 1 TV large | E2 | 1 | 125 | | GJ |
| 2 TV small | E1 | 1 | 125 | | GJ |
| 3 VCR | E3, E4 | 2 | 100 | E3 | E4 |
| 4 | | | | | |
| 5 | | | | | |

## Furniture & Fixtures

| Location | Quantity | Replacement cost | Assignment | |
|---|---|---|---|---|
| | | | AJ | GJ |
| a Reception area | 2 | 400 | | |
| b GJ office | 1 | 400 | | |
| c AJ office | 1 | 400 | | |
| d Graphics desk | 1 | 400 | AJ | |
| e GWJ Jr. office | 1 | 400 | | GJ |
| f Library desk | 1 | 100 | | |
| 9) AJ Jr. Office | | | AJ | |
| 1) Desk | 20 | 50 | | |
| 2) Tables | 20 | 40 | | |
| 3) Chairs | 50 | 25 | | |
| 4) Work Tables | 7 | 50 | | |
| 5) Work Stations | 7 | 20 | | |
| 6) shelving - old type | 40 | 25 | | |
| 7) shelving - new type | 24 | 45 | | |

Notes: see p. 102  
GJ keeping Margie's lot w/ extra table unless printers.  
See Stipulation 12/4/03



Page 7

**GER.JAC 000012**

Show Display Booths

| | Location | Quantity | Replacement cost | Assignment | |
|---|---|---|---|---|---|
| | | | | AJ | GJ |
| 1 Gray – NEW | | 1 | 2,000 | AJ | |
| 2 Blue | | 1 | 2,000 | | GJ |
| 3 Table top | | 1 | 2,000 | AJ | |
| 4 Header #1 | | 1 | 350 | | GJ |
| 5 Header #2 | | 1 | 350 | | |

See Stipulation 12/4/03

Graphics

| | Location | Quantity | Replacement cost | Assignment | |
|---|---|---|---|---|---|
| | | | | AJ | GJ |
| 6 Graphics a | | 1 | 300 | | |
| 7 Graphics b | | 1 | 300 | | |
| 8 Graphics c | | 1 | 300 | | |
| 9 Graphics d | | 1 | 300 | | |
| 10 Graphics e | | 1 | 300 | | |
| 11 Graphics f | | 1 | 300 | | |
| 12 Graphics g | | 1 | 300 | | |
| 13 Graphics h | | 1 | 300 | | |
| 14 Graphics i | | 1 | 300 | | |
| 15 Graphics j | | 1 | 300 | | |
| 16 | | | | | |
| 17 | | | | | |
| 18 | | | | | |

See Stipulation 12/4/03

Page 3

GER.JAC 000013

Misc. add as required

| # | | Location | Quantity | Replacement Cost | Assignment | |
|---|---|---|---|---|---|---|
| | | | | | AJ | GJ |
| 1 | Hydraulic floor jack | T7, T8 | 1 | | T7 | GJ |
| 2 | Barrel hole punch | | 2 | | T8 | T8 |
| 3 | Knotching tool | T15, T16 | 2 | | T16 | T15 |
| 4 | Lab Oven | T21 | 1 | | AJ | |
| 5 | Band Saw | T23 | 1 | | AJ | GJ |
| 6 | 4" Bell/disc Sander | T24 | 1 | | | GJ |
| 7 | Pad printer | T25 | 1 | | | GJ |
| 8 | 7" circular Saw | T35 | 1 | | AJ | |
| 9 | Small Shop Vac | T36 | 1 | | | GJ |
| 10 | Large Shop Vac | T37 | 1 | | AJ | |
| 11 | Grommet Press | T38, T39 | 2 | 300 estimate | T39 | T38 |

GER.JAC 000014

Printers

| # | | Location | Quantity | Replacement Cost | Assignment | |
|---|---|---|---|---|---|---|
| | | | | | AJ | GJ |
| 1 | Laser Jet | Reception | 1 | | AJ | |
| 2 | Okidata 9 pin | Reception | 1 | | AJ | |
| 3 | Okidata 9 pin | Reception | 1 | | | GJ |
| 4 | Okidata 9 pin | Marie | 1 | | | GJ |
| 5 | Epson 640 | Reception Marie | 1 | | | GJ |
| 6 | HP 670 | Mac – GJ office | 1 | | AJ | |
| 7 | Laser Jet 4 | Library | 1 | | AJ | |
| 8 | HP 670 | Frank | 1 | | AJ | |
| 9 | Minolta | GJ Jr. | 1 | | AJ | |
| 10 | Okidata | Marie – Table | 1 | | | GJ |
| 11 | HP 855 old | Storage Marie's Desk | 1 | | AJ | GJ – Not operational |
| 12 | HP 612 | Storage Marie's Desk | 1 | | AJ | GJ – Not operational |
| 13 | Okidata Large Carr | Marie – Table | 1 | | AJ | GJ |
| 14 | Panasonic 2180 | Marie – Table | 1 | | | GJ – Not operational |
| 15 | EGYC | | | | | |

Page 10 大



Furniture

| | Desks | Location | Quantity | Replacement Cost | Assignment | |
|---|---|---|---|---|---|---|
| | | | | | AJ | GJ |
| 1 | Desk Set 3 piece | Office Front | 2 | | | |
| 2 | Computer Table | Office Front | 1 | | | |
| 3 | Hutch | Office Front | 2 | | | |
| 4 | Corner Desk | Mac | 1 | | | |
| 5 | Computer Table | Mac | 2 | | | |
| 6 | Light Brown Desk | Marie | 1 | | | |
| 7 | Dark Brown Desk | Marie | 1 | | | |
| 8 | Light Brown Desk | Marie | 1 | | | |
| 9 | Corner Desk (white) | Library | 1 | | | |
| 10 | Metal Brown & Black | Library | 1 | | | |
| 11 | Desk | Office Joseph | 1 | | | |
| 12 | Desk | Office Frank | 1 | | | |
| 13 | Green Desk | Chemical Room | 1 | | | |
| 14 | Metal Desk | Office Millie | 2 | | | |
| 15 | Wood Desk | Office Millie | 1 | | | |
| 16 | Metal Desk | Shipping Room | 1 | | | |
| 17 | Green Cabinets | Production Frank | 2 | | | |

See
Stipulation
12/4/03

GER.JAC 000016

| Book Shelf & Slots | Location | Quantity | Replacement Cost | Assignment | |
|---|---|---|---|---|---|
| | | | | AJ | GJ |
| 1  Black 5 Shelves | Supply Closet | 2 | | | |
| 2  Brown 3 Shelves | Supply Closet | 1 | | | |
| 3  Black 4 Shelves | Marie | 1 | | | |
| 4  Brown 3 Shelves | Marie | 1 | | | |
| 5  Black 2 Shelves | Marie | 1 | | | |
| 6  Metal Slots (10) | Marie | 2 | | | |
| 7  Brown 3 Shelves | Hall | 1 | | | |
| 8  Black 4 Shelves | Kitchen Hall | 1 | | | |
| 9  Metal Slots (20) | Kitchen Hall | 1 | | | |
| 10 Metal Slots (24) | Kitchen Hall | 1 | | | |
| 11 Brown 3 Shelves | Server Room | 1 | | | |
| 12 Black 5 Shelves | Library | 2 | | | |
| 13 Black Thin 6 Shelves | Library | 1 | | | |
| 14 Metal Slots (36) | Production Frank | 1 | | | |
| 15 Cardboard Slots (15) | Production Frank | 1 | | | |
| 16 Book Case 3 Shelves | Frank | 1 | | | |
| 17 Black 2 Shelves | Reception | 2 | | | |

see stipulation 12/4/03

| Workstations | Location | Quantity | Assignment | |
|---|---|---|---|---|
| | | | AJ | GJ |
| 1  Station | Production Frank | 2 | | |
| 2  Station | Chemical Room | 4 | | |
| 3  Station | Production Jim | 5 | | |
| 4  Station | Production Millie | 4 | | |

see stipulation 12/4/03

GER.JAC 000017

**File Cabinets**

| | Location | Quantity | Assignment | |
|---|---|---|---|---|
| | | | AJ | GJ |
| 1. 4 draw with lock | | 7 | | |
| 2. 4 draw with no lock | | 4 | | |
| 3. 2 draw with lock | | 4 | | |
| 4. 2 draw with no lock | | 7 | | |
| 5. Lateral file Large | | | | |
| 6. Lateral File Small | | | | |

**Tables**

| | Location | Quantity | Assignment | |
|---|---|---|---|---|
| | | | AJ | GJ |
| 1. White | Marie | 1 | | |
| 2. White | Conference | 1 | | |
| 3. Folding | | 3 | | |
| 4. Folding | | 2 | | |
| 5. White | Production Frank | 1 | | |
| 6. Small Gray | Reception | 1 | | |

**New Type Racks**

| | Location | Quantity | Assignment | |
|---|---|---|---|---|
| | | | AJ | GJ |
| 3 foot Full Height | Millie/gary/storage | 12 | | |
| 2 foot Half Height | Millie/Jill | 2 | | |
| 3 foot Half Height | Millie/Jill | 3 | | |
| 4 foot Full Height | Storage | 3 | | |
| 4 foot Half Height | Millie/Jill/Storage/wh | 10 | | |
| 5 foot Full Height | Millie/wh/mr/storage | 7 | | |

*Handwritten note:* See stipulation 12/4/03

| Oldf Type Racks | Location | Quantity | Assignment | |
|---|---|---|---|---|
| | | | AJ | GJ |
| 42 X 30 X 8 | DIY rooms/WH | 34 | 8 w/o tops | |
| 3 X 18 X 8 | DIY rooms/WH | 3 | | |
| 3 X 15 X 54 | mold room/WH | 2 | | |
| 3 X 12 X 6 | Eb/Mold room/WH | 3 | | |

See Sprev(wwich) 12/4/03




GER.JAC 000019