# EXHIBIT G

# SEPARATION PLAN
# FOR
# CLEAR STAR PRODUCTS INC.

I. <u>CLEAR STAR PRODUCTS INC.:</u>

  a. Distribution of Assets:

   i. <u>Fixed Assets</u>: Within 30 days of the parties' execution of the annexed So-Ordered Stipulation, the company's fixed assets shall be inventoried and the inventory shall be confirmed in writing by Anthony Jacino and Gerald Jacino so that there is agreement regarding the universe of assets to be distributed. The various types of assets held by Clear Star Products Inc. shall be divided between Anthony Jacino and Gerald Jacino pursuant to the method outlined below and, upon dissolution, Clear Star Products Inc. shall execute assignments and any other documents reasonably necessary to vest title in Anthony Jacino and/or Gerald Jacino as the case may be:

     1. Molds, Trays, and Dies – There are a number of different types of molds, trays, and dies located at the company's supplier and at the company's business premises. Anthony and Gerald shall each have the alternating option to select from the list of existing molds, trays, and dies, with the parties having an alternating first choice for each in accordance with the list below. The existing molds, trays, and dies may then be duplicated by the parties at the company's expense. Clear Star shall allocate funds to each shareholder for mold duplication costs in accordance with the duplication cost quotes received from Clear Star's present supplier. The cost of duplication will be paid by Clear Star to the party wishing to make a duplicate, and that party can employ who they wish to make the duplicate. All molds and dies located at the company's supplier that are to be duplicated should be shared until the duplications are made. Those molds should remain at their present location until all duplicates are made, which duplication period should not exceed one year. At that point, the parties may take possession of their molds and do with them what they wish The parties may take possession of the molds, trays, and dies located at the company's business premises upon the company's dissolution.

        a. Injection Molds (located at supplier) – Anthony shall have the first choice.
        b. Vacuum Molds (located at company's offices) – Gerald shall have the first choice.
        c. Blister Molds (located at supplier) – Anthony shall have the first choice.
        d. Blister Sealing Trays (located at company's offices) – The trays shall be categorized by type, and Gerald shall have the first choice.

JAC001282

e. Cutting Dies (located at supplier and at company's offices) – Anthony shall have the first choice.

2. Mold Sharing -- There are two molds that are rarely used by Clear Star (1) the box blow mold; and (2) the plate glass pedestal mold. Since duplicating these two molds is not cost-effective for the parties, Clear Star shall assign ownership to Anthony and Gerald jointly, and the parties agree to have the molds remain at their present location indefinitely. Neither party shall have the right to remove the molds and each should agree that the other is not responsible for any part of the cost of replacement should the molds become damaged.

3. Machinery – There are 12 types of machines located at the company's offices. The Vacuum Forming machine (est. cost $3,000) and the Chemical Loading Pipette machine (est. cost $17,460) should be duplicated immediately at the company's expense and the old and new machines should then be divided equally between the shareholders, each having the alternating option to select one from the list of old and new machines. Also, to the extent there any active (currently used) machines that have a duplicate already, but which duplicate is not operational, they should be made operational at the company's expense. Then, the machines should be divided equally between the shareholders, again, each having the alternating option to select one from the list. Jerry should have the first selection off of the list.

4. Vehicles – The one 1997 company truck should be sold on the open market. The sales price can then be used to cover a portion of the cost of duplicating the molds, trays, and dies.

5. Miscellaneous Tools – There is one drill press, one sander, one manual sealer, one shrink wrap sealer, one gold plating machine, one chop saw, one skill saw, and one tool box located at the company's offices. The tools should be divided equally between Anthony and Gerald, again, each having the alternating option to select one from the list. Anthony should have the first selection off of the list.

6. Computers – There are 9 computers (8 PC's and 1 Macintosh) located at the company's offices. A complete backup copy of the Macintosh computer's hard drive and the company's main computer(s) containing the operating software and related files (i.e. bookkeeping software and files) should be made at the company's expense and Anthony and Gerald should each receive a copy of the backups. To the extent that any proprietary software for the Walmart account exists, Anthony Jacino shall receive same. The computers should be divided equally between the shareholders,

JAC001283

again, each having the alternating option to select one from the list. Jerry should have the first selection off of the list.

7. Printers – There are 10 printers located at the company's offices. The printers should be divided equally between Anthony and Gerald, again, each having the alternating option to select one from the list. Anthony should have the first selection off of the list.

8. Fax Machines – There are 2 fax machines (one located at the company's offices and the other in Anthony's possession). The fax machines should then be divided equally between the shareholders, again, each having the alternating option to select one from the list. Jerry should have the first selection off of the list.

9. Label Maker – There is one label maker located at the company's offices. The company should purchase an equivalent label maker (est. cost $3,500) and the label makers should then be divided equally between the shareholders, again, each having the alternating option to select one from the list. Anthony should have the first selection off of the list.

10. Furniture – There are various desks, chairs, tables, work tables, work stations, and shelving units located at the company's offices. All such fixtures should be inventoried and then be divided equally between Anthony and Gerald, again, each having the alternating option to select one from the list. Jerry should have the first selection off of the list.

11. Show Booths – There is a new show booth, an old show booth, a table top show booth, two headers, 10+ graphics displays and three miscellaneous items that should then be divided equally between Anthony and Gerald, again, each having the alternating option to select one from the list. Anthony should have the first selection off of the list.

12. Miscellaneous (other office equipment, supplies, files, shelving, etc.) – There is one time clock, one fire safe, 25 file cabinets, 6 book cases, one scanner, and two TV's located at the company's offices. These miscellaneous items should be inventoried by type, and then divided equally between Anthony and Gerald, again, each having the alternating option to select one from the list. Jerry should have the first selection off of the list.

ii. <u>Clear Star Customer Accounts/Representatives:</u>

1. Distributor Accounts and Regular Accounts – Anthony's attorney Kent Gross, Esq. presented in Court Anthony's proposed division of accounts based on sales from January through July 2003 JAC001284

3

JAC001285

(Accounts Divided Dollar for Dollar, a copy of which is annexed hereto). Mr. Gross also offered that should such a division be acceptable to Jerry, Jerry would be given his choice of what column of customers to select. The proposed division is acceptable to Jerry and he selects List B.

2. Prospective Accounts – Anthony's and Gerald's new companies may compete for the business of any customer not listed on the annexed customer List A or List B provided by Anthony.

3. Company Representatives – Clear Star's four sales representatives will have to be terminated by Clear Star and any commissions owing to those representatives should be paid by Clear Star as a company expense (account payable). The four company representatives shall be divided between Anthony and Gerald, with Anthony having his choice of the following Group A and Group B of representatives:
Group A: Lidel Fitzmaurice
Trans Western Marketing

Group B: JOSCO
Hawk Marketing

4. Non-Solicitation and Non-Compete Agreement – Anthony, Jerry, their relatives and any assignee or licensee of the patents held by the parties (and any company that such persons own, operate, control, or work for) should be bound by a non-solicitation and non-compete agreement with regard to the customers listed on the annexed customer List A and List B provided by Anthony. The term of the non-solicitation and non-compete should be 2 years so as to allow each party to establish a lasting relationship with their respective customers. The parties shall execute a written agreement memorializing their agreement in this regard.

5. Non-Disparagement Agreement – Anthony and Jerry shall each enter into an agreement whereby they agree not to disparage the other, the other's company, or their respective products.

iii. Suppliers: There shall be no restrictions regarding the use of suppliers. Anthony and Gerald may continue to use Clear Star's current suppliers at their own discretion. Each party agrees that the other party may continue to use the molds and/or dies that remain in Clear Star's present suppliers' possession until such time that all duplicates are made.

iv. Trade Names: Upon dissolution, Clear Star shall assign to Anthony Jacino and Gerald Jacino joint ownership of all U.S. and foreign trademarks that presently exist, provided that they agree in writing to only use those trademarks on product shipped to the customers on the annexed

JAG001286

4

List A and List B provided by Anthony. The parties shall agree in writing to not use "Clear Star" in any part of their new business name, to not assign the below listed trademark ownership rights to a third party, and to not use any of the assigned trademarks on their products or in their advertising, marketing, or other materials that are furnished to any other customers (new, prospective, or otherwise) not listed on the annexed List A and List B.

1. Clear Star
2. Super Vac
3. Instant Lens
4. Drive Safe
5. Super Bond
6. Headlight Saver

v. Accounts Receivable/Payable:

1. Post-Dissolution Receivables – Upon dissolution, a list of receivables shall be agreed upon in writing and no distribution of any receivables should be made until all of the company's obligations (payables) are paid in full. Thereafter, any money collected shall be split 50/50 between the parties. If there are uncollected receivables after a 90 day period, then the remaining accounts shall be divided equally (by monetary amount) and each party may pursue collection of such accounts, at their own cost, if they so choose.

2. Post-Dissolution Payables – Upon dissolution, a list of payables and other company obligations and liabilities shall be agreed upon and paid using Clear Star's receivables.

vi. Patents:

1. Existing Patents are held individually by Anthony and Gerald and each individual shall be entitled to utilize the patents for their new businesses.

2. Pending Patent Applications (2) – there are two (2) pending patent applications prepared by Art Auslander, Esq. and any costs associated with finalizing them shall be borne equally by Anthony and Gerald. Thereafter, once issued, each party will be entitled to utilize the patents for their new businesses. Anthony and Gerald

3. Ongoing Patent Costs – For existing patents, each party may, at their own cost and expense, be represented by counsel of their own choosing for all patent matters. For the two pending patent applications, the parties agree to split the cost, if any, of any remaining work to be done by Art Auslander, Esq. to fina JAC001287

5

patents. Each party agrees to be responsible for one-half of any costs required to maintain the patents. If any party refuses to contribute their share of the costs, then they shall be deemed to have abandoned their ownership in the patent and the other party shall have the right to prevent any future infringement upon its use.

vii. <u>Miscellaneous</u>

1. Health Insurance – Clear Star's health insurance should be cancelled as of the date of its dissolution and the shareholders and Clear Star's employees may then continue coverage under COBRA for the statutory period or until they obtain replacement coverage.

2. Liability Insurance – Clear Star's liability insurance policies should all be cancelled as of the date of its dissolution or such other date thereafter as the parties mutually agree.

3. Key-Man Life Insurance – Clear Star is the owner of two $500,000 life insurance policies that insure the lives of the two shareholders Anthony and Gerald. Upon dissolution, Anthony and Gerald shall cause Clear Star to assign ownership of the respective policies to the shareholder whose life it insures, who may then continue (and pay for) such policies if they so desire.

4. Personal Life Insurance – Anthony and Gerald each owns a whole life insurance policy insuring the life of the other. Upon dissolution, Anthony and Gerald shall assign ownership of those policies to the other, who may then continue (and pay for) such policies if they so desire.

5. Pension Plan – the parties will discuss as soon as possible with the pension plan administrator their options regarding the existing pension plan (e.g. continuing the plan, terminating the plan and allowing the participants to roll their funds over into another investment vehicle, etc.). Anthony and Gerald shall mutually agree what approach to take.

6. Inventory – Clear Star's inventory that exists as of the date of dissolution shall be divided equally between Anthony and Gerald.

7. Work-in-Progress / Sub-Assemblies – As with inventory, and work-in-progress and sub-assemblies should be divided equally between Anthony and Gerald.

8. Company Telephone Numbers – Clear Star's telephone numbers shall be maintained for a period of 12 months after Clear Star's dissolution at the parties' expense, which they will share equally. An third party answering service shall be hired, again at the

JAC001288

expense of the parties, to answer all incoming calls and to forward all messages to each of the parties.

9. Post-Dissolution Calls to the Company – see Company Telephone Numbers above.

10. Post-Dissolution Correspondence to Company – As with the telephone calls, for a period of 12 months after Clear Star's dissolution, all Clear Star mail sent to 355 Marcus Boulevard shall be forwarded to a service hired at the parties' expense, which shall then forward a copy of all correspondence to each of the parties.

11. Post-Dissolution Faxes to Company – As with the telephone calls, for a period of 12 months after Clear Star's dissolution, all Clear Star faxes shall be forwarded to a service hired at the parties' expense, which shall then forward a copy of all faxes to each of the parties.

12. Company Web Page – the company's web page shall be continued for a period of 6 months after Clear Star's dissolution, and it shall be altered so that each parties' forwarding address and contact information are contained on the web page.

13. Company Email Address – for a period of 12 months after Clear Star's dissolution, all Clear Star emails shall be forwarded to a service hired at the parties' expense, which shall then forward a copy of all emails to each of the parties.

14. Company P.O. Box – As with the telephone calls, for a period of 12 months after Clear Star's dissolution, all Clear Star mail sent to its P.O. Box shall be forwarded to a service hired at the parties' expense, which shall then forward a copy of all correspondence to each of the parties.

15. Existing Catalogs, brochures, etc. – Existing printed material (catalogues, etc.) shall be divided equally by Anthony and Gerald and used solely for the customers listed on the annexed List A and List B provided by Anthony. Clear Star's professional catalogue that is presently being printed in-house (in black and white on an as needed basis) shall be changed by the parties within 30 days of the dissolution date .

16. Boxes, Labels, etc. – all boxes, labels and other shipping supplies that exist as of the date of Clear Star's dissolution shall be divided equally between Anthony and Gerald.

JAC001289

# Clear Star Products, Inc.
## Sales by Customer Summary
### January Through July 2003
#### Accounts Divided Dollar for Dollar

| List A | | List B | |
|---|---|---|---|
| Walmart | 153,208.60 | Equalizer Industry, Inc. | 69,936.09 |
| Sommer & Maca Industries | 75,100.76 | Fujitec Corp. | 69,309.90 |
| Iowa Glass | 28,267.15 | Seiki International, Inc. | 68,608.92 |
| Carmec SNC DiSaggioro Re | 21,405.39 | CR Laruence Company | 55,064.81 |
| Auto Glass Wholesalers | 11,513.25 | M&Y International, LLC | 27,663.00 |
| Central Purchasing, Inc. | 11,058.07 | J.N. Phillips | 21,042.50 |
| Glaspro | 9,712.91 | System | 10,478.59 |
| Euromec 2 SRL | 7,482.61 | Jack Morris Auto Glass | 6,606.77 |
| Crest Industries, Inc | 6,507.57 | Detail Plus | 5,785.56 |
| Chromate Industrial Corp. | 5,672.85 | Lextron | 5,367.59 |
| ASPA Management Corp | 4,898.67 | Tecno Fix | 4,817.26 |
| BTB Holdings Pty LTA | 3,999.85 | Auto Stock Distribution | 3,630.36 |
| The Ace Supply Company Limited | 3,961.44 | Southern Glass & Plastic | 3,584.47 |
| P.H. Vitres | 3,880.13 | Western Glass Supply | 3,506.27 |
| Mita Company, Inc. | 3,477.60 | Northern Tool & Equipment Co. | 3,489.62 |
| The Ebbert Company | 3,460.56 | Auto Body Tool Mart | 3,420.84 |
| ABRO Industries, Inc | 3,225.60 | Omni Western, Inc. | 3,115.01 |
| Glass Doctor (St. Louis) | 3,096.59 | Benny's | 2,867.76 |
| Imex Agency | 2,714.40 | Armelux International | 2,460.60 |
| Fitzgerald's | 2,461.25 | Frank Millman Distributors | 2,191.09 |
| ABC Discount Auto Parts | 2,418.48 | Wilson Auto Access LTD | 2,168.29 |
| J.C. Whitney | 2,358.40 | Genuine Windshield Repair | 1,910.68 |
| n Glaze Windshield Repair | 2,155.18 | Glass America *Brlirville) | 1,707.69 |
| ss Specialty System | 1,997.75 | A Touch of Glass | 1,617.51 |
| Lone Star Glass Co. | 1,927.05 | Glasspros, Inc. | 1,550.64 |
| ALL Star Glass Co | 1,838.01 | G.P. Sales | 1,448.18 |
| Imperial Supplies | 1,715.04 | (PI) Company, Inc. | 1,339.20 |
| Trim-Tech | 1,693.05 | May GESMBH | 1,322.95 |
| AM Bus & Truck Parts PVTLTD1 | 1,604.20 | Interiors Plus | 1,111.90 |
| Novitec GMBH | 1,510.58 | Sigma Distributors | 1,089.64 |
| Glass Craft | 1,371.22 | Autobody Jobbersi Warehouse | 1,085.76 |
| AGS Auto Glass | 1,306.94 | Gerber Auto Collision & Glass | 1,034.11 |
| Auto Trim Design of Passaic | 1,240.64 | Weels | 1,017.68 |
| Tony Matteson | 1,075.21 | On Star Windshield Service | 997.85 |
| Randy Connrllee | 1,066.04 | E-Z Auto Glass Installers | 957.21 |
| Glass America (Lansing) | 1,010.02 | Visions Auto Glass | 865.50 |
| Glass America | 997.16 | Gpeaa, Inc. | 864.75 |
| Windshield Unlimited | 758.35 | Hartz Corp | 860.85 |
| Glass Aid Limited | 751.50 | Utah Transit Authority | 791.32 |
| Binswangrr Glas Co | 716.59 | Frost Art Limited | 684.52 |
| Troy Auto Glass | 697.43 | Croft Glass (Plus) LTD | 677.09 |
| Amity Auto Glass | 682.86 | Glass Doctor (Releigh, NC) | 673.04 |
| Evolutec SA DE CV | 680.45 | CM Auto Glass | 655.45 |
| Service Champ | 646.35 | Globe Glass America | 629.07 |
| Consumer Auto Part / Warehouse | 643.86 | South Shore Auto Glass | 610.93 |
| Lazy Days RV Super Center | 643.53 | Don's Glass Service | 610.80 |
| Rapid Auto Glass | 623.37 | Smith Services | 581.62 |
| T ate Glass | 618.21 | Blue Chip Auto Glass | 577.62 |
| S es Glass Co, Inc. | 614.79 | National Auto | 575.52 |
| Sigma Distributors | 585.55 | Carroll Glass Company | 565.54 |
| Mobile Mountain Windshield Repair | 575.25 | Unique Products | 542.88 |
| 5 & 10 Inc | 564.05 | Glass Ameica | JAC001290 |
| Brodsky Auto Trim | 555.66 | Ideal Marketing | 498.14 |
|  | 554.72 | Jelliff Glass Co | 495.36 |

| List A | | List B | |
|---|---|---|---|
| Precision Vinnaugle | 532.11 | Platte VA41R7 Glass | 485.30 |
| Riebes Auto Parts | 499.44 | Scallan Glass Works | 455.85 |
| Glass Doctor (Toledo, OH) | 473.31 | Willow's Glass, Inc. | 446.59 |
| Bo's Auto Glass | 461.46 | Auto Glass Express | 435.69 |
| SNP Tools, Inc. | 443.44 | Southern Glass in Franklin | 417.20 |
| Car Distributors, Inc. | 442.08 | Fallon Glass Co | 400.68 |
| Action Mobile Auto Glass | 434.21 | Master Match of Texas | 380.76 |
| Thrima Martinez | 431.40 | Pinnacle Collision & Glass | 372.55 |
| Advanced Detail Systems | 410.28 | Classic Glass, LTD | 366.96 |
| Murray's Glass | 402.50 | Auto Glass Masters (WACO) | 351.91 |
| National Detail System | 395.27 | Starikat Uniweld | 349.49 |
| Fix a Dent | 386.55 | Ocean Glass | 337.86 |
| Einsphar Auto Plaza | 371.82 | Greenville Truck & World Supply | 336.20 |
| Star Auto Glass | 358.11 | Safety Glass Co | 325.84 |
| Schumacker's | 352.35 | John L. Surra | 324.84 |
| Lockrforv Auto Center | 344.24 | Van Fax | 323.95 |
| Absolute Auto Glass | 323.07 | Patrick Roses | 319.45 |
| Jim's Auto Glass | 321.32 | Bridge City Lube | 316.28 |
| Convenient Glass Repair | 318.76 | Presbt Auto Glass | 307.93 |
| Colortec, Inc. | 315.78 | L&M Auto Glass | 307.57 |
| Glass Pro, Inc. | 315.34 | U-Saue Auto Rental (AZ) | 301.51 |
| Parker Ford | 310.37 | Car Craft Auto Body | 298.72 |
| Quality Body Shop | 308.65 | Glass Doctor (TN) | 292.96 |
| American Mobile Glass | 307.83 | PAA Service, Inc. | 292.13 |
| J&S Auto | 300.75 | Bink's Auto Glass | 270.65 |
| Mr. Glass (East Northport) | 300.55 | Wolf Gang's Inc. | 264.91 |
| Gray's Interior & W.R. | 293.91 | Mevrolott Auto Cosmetics | 261.28 |
| Vnac Collision | 290.00 | H&M Ebling & Glass Shop | 261.19 |
| of Lakeville | 273.55 | Gator Auto Glass | 260.45 |
| Gunvine Auto Glass | 270.99 | AGS Mobile Auto Glass, Inc. | 259.52 |
| Maaco Auto Plainview | 265.79 | Glass Gallery, Inc. | 252.38 |
| Specialized Auto Service | 264.58 | Roberts Finishing Touch | 250.89 |
| Rickert's Auto Glass | 261.94 | The Wright Way | 232.20 |
| Oden's Auto Glass, Inc. | 260.86 | Pro-Finish (Europe) LTD. | 230.30 |
| Auto Trim Design of Central | 258.08 | Pfeifer's Auto Body | 220.12 |
| Auto Bank | 256.59 | Fast Foxx | 218.06 |
| Kamphaus Body | 251.08 | Convenient Glass Repair | 217.95 |
| Frechold Toyota | 248.55 | East Baton Route Parish Sheriff | 214.81 |
| Boise City Body Shop | 238.97 | R&B, Inc. | 214.50 |
| Royal Glass & Security | 222.12 | Bruce's Lube & Maintenance | 213.03 |
| Kargol Automotive | 221.04 | CTA Sound | 208.74 |
| KP Auto Glass | 216.90 | ITTCO Sales Co, Inc. | 204.68 |
| Avis Rent A Car (Kauai) | 213.17 | Pat Collins Auto Glass | 198.86 |
| Childress Auto Mall | 212.79 | Tandem Transport | 195.02 |
| Port City Glass | 206.40 | Five Lakes Glass | 194.69 |
| Advantage Auto Glass | 205.78 | AI Glass (IL) | 189.83 |
| Thrifty Rent-A-Car | 204.74 | Fournier & Coleman | 185.98 |
| Doug's Customer Paint & Body | 201.52 | Pheant Journey Used Cars | 185.77 |
| Trim Design of Ark | 198.23 | The Skyline Company | 182.58 |
| Suffolk Glass | 195.80 | Lockleav Auto Group | 181.74 |
| Wonder View Auto Glass | 192.90 | American Glass | 181.04 |
| S&M Windshield | 190.54 | Bo's Glass | 180.24 |
| J Mitchril's Glass | 188.00 | King Chips Away | 177.32 |
| S SRT Glass | 187.12 | Pro Oil | 171.90 |
| AAA Auto Worker, Inc. | 186.50 | Broad Auto Glass | 169.08 |
| Sid Squage Auto Supply | 184.62 | Montgomery Chevrolet | 168.88 |
| Herb Gordon Nissan | 177.60 | Auto Glass Masters (Kerrville) | JAC001291 |
| Dapper Bus, Inc. | 173.34 | Camptown Bus Lines | 166.96 |
| | 173.07 | Wagner Country Glass | 164.89 |

| List A | | List B | |
|---|---|---|---|
| Imports | 167.51 | Superior Auto Glass | 164.55 |
| Glass Service, Inc. | 167.12 | Triple A Glass | 161.68 |
| Pro Color | 164.42 | Andy's Service | 161.37 |
| Dent Expert | 161.37 | Lube Master Plus | 161.08 |
| Miller Chevrolette, Inc. | 161.17 | R.P.'s Body Shop | 160.98 |
| A.J. Glass Co, Inc. VA | 161.17 | Pat's Body Shop | 160.78 |
| Red Oak Glass | 160.98 | Arc Glass | 160.55 |
| Green River Bus, Co. | 160.66 | Rochester Glass Co., Inc. | 159.82 |
| Pro Servicer Auto Glass | 160.53 | A.J. Body Shop | 155.43 |
| Import Auto Clinic | 160.37 | Johnson Motors | 150.11 |
| Dent Master (Trabuco Can) | 153.70 | Avis Rent A Car Grand Fork | 146.38 |
| MR. Glass, Inc. (Elmont) | 153.39 | Mueller Auto Body | 145.56 |
| Bews Auto Glass | 153.39 | ABC Locksmith & Auto Glass | 143.60 |
| Scribner Glass | 150.54 | Newport Glass | 133.57 |
| SanDiego Auto Detail | 148.00 | Dan's Glass Shop | 132.70 |
| Pioneer Ford | 143.87 | Taylor Chevrolet | 129.73 |
| B&K Auto Glass | 143.64 | Eric Smith | 128.49 |
| AL'S Auto Body | 140.51 | Guardian Auto Glass (Euclid) | 127.65 |
| B&G Glass Co | 136.24 | Lagacy Ford | 125.53 |
| American Mobility Van | 132.18 | Dwight Shawk Chevrolet | 123.95 |
| Gray Sales & Service, Inc. | 130.67 | AD Transport | 123.74 |
| Robert J. Pauli & Associates | 130.13 | Windshield Doctor | 120.01 |
| American Auto Plain Glass Co | 127.74 | Guardian Auto Glass (Lansing) | 113.75 |
| Buford's Mobile Auto Detail | 124.24 | A-1 Glass, Inc. (NJ) | 109.84 |
| Porter Glass & Mirror, Inc. | 122.32 | AVIS Rent A Car (Bismark) | 106.73 |
| Windshield Doctor | 120.01 | Glass Net | 105.14 |
| Bob Moore Norman Cadillac | 110.54 | AAA Lube & Wash | 105.08 |
| s Body Shop's | 110.29 | Stay Coll Mobile A/C | 104.33 |
| llite Auto Glass | 109.84 | Clark County Public Transport | 103.68 |
| Morgan Collision & Tire | 109.10 | Interior Works | 101.98 |
| AVis Rent A Car (Montgomery) | 106.41 | Guido Teichnen | 101.93 |
| Clear Laki Auto Glass | 105.45 | Performance Auto Glass | 100.52 |
| Ave Tech Auto Glass | 105.28 | The Auto Glass Butler | 94.58 |
| Action Glass | 103.32 | DD Motor Sales | 94.00 |
| Mac's Auto Glass | 102.44 | Stewart & Stewart | 92.24 |
| Martin Blank Studios | 101.08 | Southtown Glass Co | 86.27 |
| C-Tran | 100.08 | Superior Windshield Repair | 85.07 |
| Valco | 95.32 | McCormick Auto Glass | 83.83 |
| York Body Shop | 94.52 | Willrout Motor Co | 79.02 |
| Mana Hawkin Auto Sale | 93.84 | Sutton's Mobile Glass | 72.53 |
| Lu Jake Auto Body & Glass | 91.49 | Stevens Auto Glass | 54.59 |
| Gus's Lube Services | 85.14 | Quilllamer Radiator | 54.32 |
| Piedmont Glass | 84.49 | The Paint & Body Shop | 52.97 |
| John Lee | 83.79 | Metro Car Wash | 38.97 |
| The Chip 'guy | 76.87 | Mizeur Car Carr | 35.02 |
| Jennings Wrrcker & Windshield | 70.97 | Mr. Glass Seaford | 21.00 |
| Windshield Savor | 55.43 | | |
| JMAC Auto | 54.64 | | |
| Stevens Auto Glaze | 54.29 | | |
| Metro Car Wash | 38.99 | | |
| VIP Touchless Car Wash | 37.42 | | |
| On Site Restorations | 29.50 | | |
| Total Column A | $ 427,138.20 | Total Column B | $ 427,137.33 |

JAC001292

Difference column a - b $ 0.87