# EXHIBIT I

# NYS Department of State
## Division of Corporations

# Entity Information

**Selected Entity Name:** GLASS STAR AMERICA, INC.

> **Current Entity Name:** GLASS STAR AMERICA, INC.
> **Initial DOS Filing Date:** SEPTEMBER 17, 2003
> **County:** SUFFOLK
> **Jurisdiction:** NEW YORK
> **Entity Type:** DOMESTIC BUSINESS CORPORATION
> **Current Entity Status:** ACTIVE

**DOS Process** (Address to which DOS will mail process if accepted on behalf of the entity)
ROBIN KISSIN
POO BOX 220
QUOGUE, NEW YORK 11959

**Registered Agent**
NONE

**NOTE:** New York State does not issue organizational identification numbers.

[ Search Results ] [ Search the Database ]

[ Division of Corporations, State Records and UCC Home Page ] [ NYS Department of State Home Page ]



STATE OF NEW YORK

GEORGE E. PATAKI
GOVERNOR

   I would like to congratulate you on the formation of your business in New York State. I am pleased that you have chosen the Empire State because we are moving aggressively to transform New York into a business-friendly state.

   My administration will continually strive to provide your business with incentives for job creation and economic opportunity. We will also work diligently to cut back on unnecessary regulations that hurt your ability to compete.

   Please be assured that I will make every effort to ensure that your business experience in the state is rewarding. Thank you for your confidence in New York.

   Once again, congratulations and best wishes.

           Very truly yours,

           *George E. Pataki*

           George E. Pataki
           Governor

F031118000 343

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
41 State Street
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF AMENDMENT
## OF THE
## CERTIFICATE OF INCORPORATION
## OF
## CLEARSTAR AMERICA, INC.
*(Insert Name of Domestic Corporation)*

Under Section 805 of the Business Corporation Law

FIRST: The name of the corporation is: CLEARSTAR AMERICA, INC.

If the name of the corporation has been changed, the name under which it was formed is: ___

SECOND: The date of filing of the certificate of incorporation with the Department of State is: SEPTEMBER 17, 2003

THIRD: The amendment effected by this certificate of amendment is as follows: (Set forth each amendment in a separate paragraph providing the subject matter and full text of each amended paragraph. For example, an amendment changing the name of the corporation would read as follows: Paragraph *First* of the Certificate of Incorporation relating to the corporation name is hereby amended to read as follows: *First: The name of the corporation is ... (new name) ...*)

Paragraph FIRST of the Certificate of Incorporation relating to THE NAME OF THE CORPORATION

is hereby amended to read in its entirety as follows:

FIRST: THE NAME OF THE CORPORATION IS "GLASS STAR AMERICA, INC."

DOS-1554 (10/03)

**CONFIDENTIAL JAC000220**

**FOURTH:** The certificate of amendment was authorized by: [Check the appropriate box]

☑ The vote of the board of directors followed by a vote of a majority of all outstanding shares entitled to vote thereon at a meeting of shareholders.

☐ The vote of the board of directors followed by the unanimous written consent of the holders of all outstanding shares.

*(Signature)* /s/ Anthony Jacono

*(Name and Capacity of Signer)* Anthony Jacono Sr.
Managing Director

CERTIFICATE OF AMENDMENT
OF THE
CERTIFICATE OF INCORPORATION
OF
Clearstar America, Inc.
*(Insert Name of Domestic Corporation)*

Under Section 805 of the Business Corporation Law

Filer's Name: LAW OFFICES OF ROBIN L. KISSIN, ESQ. P.C.
Address: 90 WHIPPOORWILL LANE
City, State and Zip Code: QUOGUE, NY 11959

FILED 2003 NOV 18 AM 11:31

NOTE: This form was prepared by the New York State Department of State. It does not contain all optional provisions under the law. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Department of State recommends that all documents be prepared under the guidance of an attorney. The certificate must be submitted with a $60 filing fee, plus the required tax on shares pursuant to §180 of the Tax Law, if applicable.

*For Office Use Only*

auth. 018170

STATE OF NEW YORK
DEPARTMENT OF STATE
FILED NOV 18 2003
TAX $_____
BY: _____ Suffolk

RECEIVED 2003 NOV 18 AM 11:00

CONFIDENTIAL JAC000221