# EXHIBIT K

\-\-\-\-\-\-\-\-\-\- Forwarded message \-\-\-\-\-\-\-\-\-\-
From: **Paul Christoffel** <paulchristoffel@gmail.com>
Date: Mon, Aug 8, 2016 at 10:49 AM
Subject: FW: Disc
To: Anthony Jacino <a.jacinosr@gmail.com>

Tony,
FYI. Found this bellow in my archives from Andy Robinson?
Paul

\-\-\-\-\-Original Message\-\-\-\-\-
From: Paul Christoffel [mailto:Paul.christoffel@gmail.com]
Sent: Thursday, April 16, 2015 8:10 AM
To: 'Robinson, Andy'; 'Paul Christoffel'
Subject: RE: Disc

Andy,

I do not know who the supplier is for the discs nor could I ethically supply you with this information. This information would have to come from a conversation between you and Tony Jacino.

At my direction and beckoning Tony has made a major financial commitment to inventories to alleviate the problems ITW has been experiencing. There have also been internal changes to address problems. I believe they could have caught up on this quicker if not for the port issue that the country has been experiencing. I think this week's shipments demonstrates some light at the end of the tunnel and I do believe they are on their way to becoming a dependable vendor (they did have a long prior track record as a dependable vendor). I would suggest at this point by the time you decide on a change you would only be further behind on this situation. As with your initial

1

CONFIDENTIAL JAC000170

phone call I asked that you give this 2 weeks.

They have made significant impact this first week. I ask that you be patient one more week and see where they are at.

Best,

Paul
Paul J. Christoffel
President
Adhesive Connections LLC
561.352.1784
Paul.christoffel@gmail.com


-----Original Message-----
From: Robinson, Andy [mailto:Andy.Robinson@Permatex.com]
Sent: Wednesday, April 15, 2015 4:09 PM
To: Paul Christoffel
Subject: Re: Disc

Paul,
I think we would be better off handling this another way. If Tony has rights to disc, we could work out compensation. Andy


> On Apr 15, 2015, at 1:48 PM, Paul Christoffel <paulchristoffel@gmail.com> wrote:
>
> Andy,
>
> Can you share with me what you are trying to accomplish?
>
> Paul
>
> -----Original Message-----
> From: Robinson, Andy [mailto:Andy.Robinson@Permatex.com]
> Sent: Wednesday, April 15, 2015 2:22 PM
> To: Paul Christoffel
> Subject: Disc
>
> Can you give us supplier of disc?
> Andy
>
> P Please consider the environment before printing this email
> PRIVILEGED AND
> CONFIDENTIAL: This communication, including attachments, is for the
> exclusive use of addressee and may contain proprietary, confidential
> or privileged information. If you are not the intended recipient, any
> use, copying, disclosure, dissemination or distribution is strictly

2

**CONFIDENTIAL JAC000171**

prohibited.
> If you're not the intended recipient, please notify the sender
> immediately by return email and delete this communication and destroy
all copies.
>
P Please consider the environment before printing this email PRIVILEGED AND
CONFIDENTIAL: This communication, including attachments, is for the
exclusive use of addressee and may contain proprietary, confidential or
privileged information. If you are not the intended recipient, any use,
copying, disclosure, dissemination or distribution is strictly prohibited.
If you're not the intended recipient, please notify the sender immediately
by return email and delete this communication and destroy all copies.

CONFIDENTIAL JAC000172

---------- Forwarded message ----------
From: Paul Christoffel <paulchristoffel@gmail.com>
Date: Wed, Dec 16, 2015 at 6:04 PM
Subject: FW: Glass Star
To: Anthony Jacino <a.jacinosr@gmail.com>

Tony,

This was the only email I could find. you need to check your files around this time from me.

This should be good though.

Paul

From: Robinson, Andy [mailto:Andy.Robinson@Permatex.com]
Sent: Tuesday, May 05, 2015 11:51 AM
To: Paul Christoffel (paulchristoffel@gmail.com)
Subject: Glass Star

Paul,

Team is not interested in pursuing a royalty agreement right now.

Seems like recent performance has relieved some concerns.

Thanks.

Andy Robinson

CONFIDENTIAL JAC000173

1

andy.robinson@permatex.com

860-543-7509


Permatex

www.permatex.com

🖨 **Please consider the environment before printing this email**
PRIVILEGED AND CONFIDENTIAL: This communication, including attachments, is for the exclusive use of addressee and may contain proprietary, confidential or privileged information. If you are not the intended recipient, any use, copying, disclosure, dissemination or distribution is strictly prohibited. If you're not the intended recipient, please notify the sender immediately by return email and delete this communication and destroy all copies.

**CONFIDENTIAL JAC000174**