# EXHIBIT L

| | |
|---|---|
| Message | |
| From: | Lis, Jim [/O=PERMATEX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LIS, JIM76F] |
| Sent: | 5/1/2015 10:40:46 AM |
| To: | Elster, David [david.elster@itwgb.com] |
| Subject: | RE: Glass Star America |

Interesting

**Jim Lis**
Supply Chain Director


**ITW GLOBAL BRANDS**

6925 Portwest Drive
Houston, TX 77024
Work:  (713) 797-2409
Cell:    (650) 793-7696
Fax:    (713) 797-2401

**From:** Elster, David
**Sent:** Friday, May 01, 2015 9:07 AM
**To:** Lis, Jim
**Subject:** FW: Glass Star America

Jim,

They are starting to fall.

Thanks,

David

**From:** vjimmordino@gmail.com [mailto:vjimmordino@gmail.com]
**Sent:** Friday, May 01, 2015 8:36 AM
**To:** undisclosed-recipients
**Subject:** Glass Star America

I would like to inform you that I have resigned as Director of Glass Star America. It was a pleasure to work with you over the years. If you need anything please feel free to contact me at anytime on my cell at 631-793-4778 or by email at vjimmordino@gmail.com

Thanking you,

Vincent Immordino
631-793-4778

ITW 034939



FREE Animations for your email - by IncrediMail!  Click Here!

ITW 034940