# EXHIBIT M

3.875"W x 7.75"H, 1.25"W X .375"H.

standard "American" triangular hang hole, .25" Down from top, centerline 1.875" from right edge of card. Standard .125" corner radius.



### WINDSHIELD REPAIR KIT
PART NO. 90110

**Prevents Damage From Spreading**
**Para Reparar Parabrisas**

- Repairs bullseyes, star damage, & chips up to 1.25" in diameter
- Restores Crystal Clear Vision
- Advanced Resin Formula Cures in Sunlight

**CAUTION:** MAY CAUSE ALLERGIC SKIN REACTION-EYE, RESPIRATORY, AND SKIN IRRITANT.
See back panel for further information.

NET .018 FL. OZ. (.532 ml)

NT WT 18.75
sig 15
st 10.5
other 9



### Windshield Repair Advanced Method
PART NO. 90110

VersaChem's Advanced Method for windshield repair provides a special deep penetrating crack filling resin and surface damage procedure that auto glass shop technicians use. VersaChem's high quality patented injector and components may be used to repair bullseyes, star damage, and chips up to 1.25" in diameter, saving you the cost of replacing the entire windshield.

**CAUTION:** Contains methacrylic esters, acrylic acid, acrylico. Avoid eye and skin contact. In case of eye contact, flush with water for 15 minutes, call a physician. For skin contact, wash thoroughly with soap and water. If swallowed, DO NOT induce vomiting; call a physician. If overcome by fumes, get fresh air. **KEEP OUT OF THE REACH OF CHILDREN.**

**PRECAUCIONES:** Contiene ésterer de metacrito, acido acrilico. Evite el contacto con los ojos y la piel. En contacto con los ojos, enjuague con agua abundante por 15 minuutos; consulte al médico. En contacto con la piel, lave bien con agua y jabón. Si se ingiere, no induzca vómitos; consulte al médico. Si se respira, salir al aire libre. **NO SE DEJE AL ALCANCE DE LOS NIÑOS.**

**THIS KIT DOES ONE REPAIR**

- Complete Instructions Included • Instrucciones en Español estan incluido.

TYPICAL STONE DAMAGE THIS KIT IS RECOMMENDED FOR

TYPES OF BREAKS NOT RECOMMENDED FOR:
Spider Cracks (without air pockets)

MOUNT SEAL / ATTACH PEDESTAL / ADD RESIN / CONNECT INJECTOR / INJECT RESIN

This PATENTED design evacuates the air to fill the cavities with specially formulated liquid glass, that cleans the distortion and bonds the loose glass preventing the damage from spreading.

Stone damage in a windshield occurs in the outer glass layer. The striking object loosens a small segment of glass which becomes surrounded by dry air pockets creating distortion due to light refraction.

SIDE VIEW OF WINDSHIELD SAFETY GLASS

Warranty and Limited Liability: Permatex warrants that each Permatex product does not conform to the product specifications at the time of shipment. If the Permatex product does not conform to the warranty, at the discretion of Permatex, a replacement of product may be offered at the sole and exclusive remedy and Permatex's sole and exclusive liability. PERMATEX MAKES NO OTHER EXPRESSED OR IMPLIED WARRANTIES, INCLUDING ANY IMPLIED WARRANTY OR CONDITION OF MERCHANTABILITY OR SUITABILITY FOR A PARTICULAR PURPOSE. Limitation of Liability: Except where prohibited by law, Permatex shall not be liable for any loss or damage arising from the use of the Permatex product, whether direct, indirect, special, incidental or consequential, regardless of the legal theory asserted.

VersaChem and design are trademarks of Illinois Tool Works Inc. ©2014 VersaChem, a division of ITW, Solon, OH 44139.
Assembled in U.S.A. with U.S. and global materials. Item# 90110 D90110-2
www.versachem.com
Patent# 6,685,784

765-1793

0 85117 90110 5

CONFIDENTIAL JAC000182