# EXHIBIT N

MISC CLEAR STAR BROCHURE

PAGES OMITTED

J.C. Whitney

JAC001240

# WINDOW TREATMENTS FOR COMFORT, SAFETY AND STYLE

## OUR FINEST PROFESSIONAL-GRADE WINDOW FILM
Designed to REJECT 60% MORE HEAT than other films of similar darkness

- Lasts longer than conventional films; scratch coating resists scratches, abrasions; film won't fade
- Helps block glare from sun, snow, headlights to reduce eyestrain for safer, more comfortable driving
- Installs from inside to limit exposure to elements; blocks 99% of damaging UV rays to reduce fading of interiors
- Privacy without impairing outward visibility
- Strong, permanent adhesive prevents peeling
- Choice of 6 sizes to fit all cars, trucks
- Choice of Dark Smoke or Dark Limo Tint
- High-technology backing adhesive prevents film from cracking (similar to cellulose application); ensures professional-looking results. Easily trimmed to fit stationary windows, not for use on windshields. Dark Smoke blocks approx. 65% of visible light. Dark Limo blocks approx. 80%. Meets VESC-20 federal standards. Instructions included. Check local laws regarding window tinting and film before ordering.



| Size | Dark Smoke | 1-Roll | Dark Limo Tint | 1-Roll |
|---|---|---|---|---|
| 10" x 12" | 13YN0229W | $9.99 | 13YN0229V | $10.99 |
| 10" x 60" | 13YN0230W | 19.99 | 13YN0230V | 19.99 |
| 10" x 120" | 13YN0235W | 35.99 | 13YN0235V | 35.99 |
| 10" x 240" | 13YN0236W | 75.99 | 13YN0236V | 75.99 |
| 10" x 500" | 13YN0239W | 129.99 | 13YN0239V | 144.99 |

**Sun/Heat Resistant Window Film.** Same as above without enhanced heat reflection properties and dry adhesive. Check local laws regarding window film before ordering.

| Size | Dark Smoke | 1-Roll | Dark Limo Tint | 1-Roll |
|---|---|---|---|---|
| 10" x 120" | 13YN8141L | 6.99 | 13YN8141A | 9.99 |
| 10" x 60" | 13YN0214L | 12.99 | 13YN0214A | 17.99 |
| 10" x 120" | 13YN0276W | 22.99 | 13YN8137A | 28.99 |
| 10" x 240" | 13YN0149W | 129.99 | 13YN8137P | 149.99 |

## INSTANT ON/OFF PEEL-&-STICK WINDOW FILM
Choose Dk. Charcoal Gray, Dk. Smoke or Dk. Bronze



- Removable and reusable—adhered by static cling to inside windows of your car, van, RV or home
- Looks great! Won't hurt the glass or the window
- Trims easily with scissors and sticks without tape or adhesive. Non-adhesive installation eliminates bubbles, wrinkles and cracks. Can be applied over factory tints and on frameless windows. Cleans easily with regular glass cleaner. Reduces dangerous glare when you're driving. Helps block sun's heat in summer to keep your vehicle cooler, and in winter to conserve energy in your home to lower utility bills. Check local laws regarding window film before ordering for automotive use.

**Dk. Charcoal Gray Film.** Blocks approx. 80% of visible light and adds a limo look to your vehicle.
12YN7552L—16" x 44' roll ... Each $9.99
12YN2526W—24" x 75' roll ... Each $12.99

**Dk. Smoke & Dk. Bronze Film.** Blocks approx. 52% of visible light. Ideal for windows in your vehicle and in your home. Use the 75' roll for the top of your windshield.

| Size | Dk. Smoke | Dk. Bronze | Each |
|---|---|---|---|
| 14"x15'| 15YN1112W | 15YN1112X | $4.99 |
| 24"x15'| 15YN1119W | 15YN1117X | 13.99 |
| 24"x75'| 29YN0747T | 29YN0748R | 16.99 |
| 36"x15'| 29YN0748M | 29YN0748X | 16.99 |

## TRIMBRITE PRODUCTS
Window Tint Film Adds a Custom Look to Any Pickup and Increases Privacy Without Impairing Vision



- Shield tint to reduce sun damage to upholstery, carpeting, dash; will look better, reduce heat build-up
- Minimizes glare from sun, snow, headlights; you'll rest more comfortably
- Reduces heat transfer coming from your air conditioner less and save fuel
- Easy to install and stays to minimize trimming and waste
- Choose the tint that suits your needs: extra dark tint blocks 85% of incoming light; dark smoke tint blocks 75% of incoming light. One 24" x 12" roll is enough to tint the rear or extended cab pick-up side windows. Check local laws regarding window tinting before ordering.

81YN0592W—Extra Dark ... Each $19.99
81YN0493U—Dark Smoke ... Each 17.99

## CUSTOM-FIT PLEATED SUN SHADES
Retract Automatically!
NOW AVAILABLE FOR REAR PICKUP WINDOWS!

- Custom tailoring, contemporary styling plus maximum protection for the interior of your car, truck or van
- Effectively blocks the UV rays that can fade interiors and tint the dashboard
- Reflective Mylar on outer surface makes it easier to grip the shade when the summer days, reducing stress on interior air conditioning
- Thermal-pleated woven polyester fabric with light gray backing is highly attractive and durable. Installs easily to windshield with low-profile mounting tabs—no drilling required. Sewn-in bottom edge assures extra snug fit between dash & windshield. Shade pulls by hand and is secured with hook/loop fasteners. Release the fasteners and the shade retracts and folds up automatically on each side of the windshield. Spring-loaded retractor mechanism consists of superstrong coil/spring action coils, steel springs and self-lubricating spool to assure smooth, trouble-free operation. Shade can be removed from tabs for windshield cleanings. Unaffected by windshield-mount mirrors.

**REQUIRED INFORMATION.** You MUST state Make, Year, Complete Model Name (including number or letter) & Sq. Ft. for number, style & size: also state standard, extended or crew cab & fixed or sliding window shipped separately from factory.

For windshields on all cars, trucks & vans (except those listed below):
78YN6909UF ... Each $39.99

For windshields on 90-99 Chevy Lumina APV, Oldsmobile Silhouette, Pontiac Trans Sport, 1996 Chrysler/Dodge/Plymouth Town & Country, Caravan, Grand Caravan/Grand Voyager, Caravan 95-98 Honda Odyssey, 1999 Nissan Axxess & 91-96 Toyota Previa vans:
78YN7015YE ... Each $69.99

For rear pickup windows, fits Chevy/GMC 73-98 full size, 82-93 S-10, 94-98 S-10 Sonoma; Isuzu 70-91, 91-96; Ford 73-96 full size, 83-92 Ranger, 87-96 Bronco II; Mazda 72-93, Mitsubishi 87-96, Nissan 72-94 and 87-97, Toyota 79-95.
78YN7532RF ... Each $39.99

## FAX YOUR ORDER
312-431-5625



**CHARGE YOUR ORDER**

COMPLETE SATISFACTION GUARANTEED OR YOUR MONEY BACK!

---

## DO-IT-YOURSELF SAFETY GLASS REPAIR KIT
Save the cost of replacing chipped windshields with this



**REPAIRS Bullseyes and Chips**

Kit contains a translucent test curl that lets you bond the crack(s) to prevent spreading of further break. Contains special material to bond chips. Complies with instructions.
13YN7404P ... 1-Kit $7.98

**Halogen Headlamp Housing Repair Kit.** (not shown) Repairs plastic strip to 12" diameter and virtually invisible. Kit repairs up to 10' diameter holes with instructions.
13YN3334W ... 1-Kit $7.98

**Plate Glass Repair Kit** (not shown) Makes up to 1" repairs in plate glass due to BB or stone damage.
13YN0064N ... 1-Kit $7.98

## POLYGLASS YOUR WINDOWS!
Keep Car Windows CLEAN & PROTECTED



REPELS DIRT, RAIN, SNOW

DIRTY CAR WINDOWS WILL BE A THING OF THE PAST!

With PolyGlass, dirt & snow just wipe right off!

**PolyGlass is a Miracle Automotive Polymer Window-Cleaning Treatment That VIRTUALLY NOTHING CAN STICK TO!**

This revolutionary advanced film eliminates the need to constantly wash your windows to keep them clean and bright. PolyGlass's protective products are THICK, RICH, CREAMY FORMULATION is easy and quick-wipes easily in the dark. Simply wipe on, allow to dry, & buff off. Forms thin layer of attachment. Your windows will be coated with an INVISIBLE SHIELD OF PROTECTION. PolyGlass is a special formulation of space-age polymers and silicones that bond molecularly to the surface of your windshield. It will last for months and months on the outside, possibly to form just more on the inside. If your car dirt, dust and grime disappear, even the droplets have difficulty sticking to the protected surface. Anything that does manage to hang on to windshield can be blown off effortlessly in seconds without any scrubbing. Rain, snow, even cold without the right of work needed during times. Since pilots need maximum visibility in all weather conditions, a similar formulation is used on commercial aircraft. 16-oz. bottle.
15YN7866P ... Each $10.99

## COVERCRAFT
Stop Interior sun damage with deluxe vinyl shield
Custom fit for 80-95 American & Imported Cars, Pickups & Vans



- Reflective silver color vinyl (with built-in ultraviolet inhibitors) protects against sun damage
- Helps prevent dash deterioration, saves on replacement costs
- Keeps interior cooler on hot days
- Fits perfectly inside windshield of your vehicle
- Folds up neatly and compactly like an accordion; stores under seat or elsewhere
- One side-interior protection side meet the great side & is made to last. Soft flannel underside won't scratch or mar interior. Interior side shows gray felt backing; exterior side is bright. Made with windshield and fine dust exclusion. No expensive tools required. Easy to clean; store, use and fold.

**REQUIRED INFORMATION.** You MUST state Make, Year, Model, Body Style (e.g. sedan, hatchback, wagon), Number of Doors & Sq. Ft. Shipped separately from factory.
78YN4915PF ... Each $43.99

**Storage Bag.** Silver-color vinyl only, hook/loop closure, shipped separately from factory.
78YN4916PF ... Each $3.99

## ORDER BY PHONE
312-431-6102

---

## Professionally repair glass yourself...



Repair stone chips & bullseyes easily

Professional-style bridge forces damaged area under very high pressure in 3 easy steps. Kit includes 1/8-oz. plate resin, adjusting screws, & instructions. Enough for numerous repairs.
13YN5420P ...

## GLASS POLISHING


Everything you need (except to restore glass to like-new condition)

- Removes haze, light scratches, stains, wipers, oily film
- Saves money! Eliminates costly replacement
- Earns money! You can start your own glass restoration business as a beginner! Kit includes: approx. 1" thick wool felt polishing wheel to fit 1/4" mandrel for use with any 1/4" or other variable speed rotary tool (not included); 4000-RPM maximum working speed; polishing powder (enough for 20 small scratches) and instructions; replacement wheel and paste bag.
13YN0456R ...

Extra Polishing Wheel.
13YN2456X ...

Cerium Oxide Polishing Powder.
Enough for 20...
13YN2457N ...

## GLASS SUNROOFS
For Cars, Vans, Sport Utility Vehicles



- 2-position OE-style latch fastens
- Removes easily for open-air driving
- Choice of sunlight-filtering or Dot Matrix glass
- Sleek, contemporary styling for a high-quality premium look enhances any vehicle and fits perfectly. Tempered glass is sealed with weatherstripping seal; includes all hardware and instructions. For all imported cars, trucks and vans, rugged roof. Volkswagen Beetle, Pontiac Fiero, 92-98 Pontiac Grand Am, Buick Skylark, 93-98 Olds Cutlass Sierra, Nissan and Asian Utility vehicles.

**REQUIRED INFORMATION.** State Make, Year, Model & Sq. Ft. separately from factory.

High Performance glass. Outer center dark OEM, provides anti-UV filtration, privacy & cooler; blocks 76% of UV rays.
78YN7651PF—15" x 30" ... $199.99
78YN7652YF—17" x 35" ... 219.99

Dot Matrix glass. Smoke color tinted onto the inside of the clear tempered.
78YN7855NF—15" x 30" ... $179.99
78YN7900NF—17" x 35" ... $199.99

Installation Video Tape (not shown) demonstrates the best, takes guesswork away from the operation. Note: Tape cannot be returned for replacement and is non-refundable.
13YN7261Y ...

## RETRACTABLE FAN-STYLE SUN BLINDS
For All Windshields



- Easy to install—no drilling or cutting, no brackets to attach
- Fold up or down instantly; store out-of-the-way at base of windshield
- Crafted from high quality and fitted with 1" plastic hinges that store with accordion folds to prevent cracking or peeling of the protective aluminum blinds; have nonglare surface to eliminate interior reflections. Greatly reduces heat absorbed so that everything inside, including upholstery of your air conditioner vehicle stays cooler when you get in. Includes 2 fan-style retractable blinds with suction cup attachments. Sizes to fit all windshields. NOW TO ORDER measure inside of windshield from top to bottom at widest point and then order the closest size listed below.
63YN0642T—19" ... 1 Pair $19.99
85YN0643A—20" ... 19.99
85YN0644R—21" ... 1 Pair 19.99

## ADJUSTABLE VENETIAN BLINDS
For All Cars



- Help block sun's annoying glare, damaging heat
- Black aluminum slats give the appearance of expensive louvers
- Adjustable brackets open and close blinds, adapt to fit windows from 19" to 25" high. Mini black aluminum slats adjust to fit windows from 30" to 65" wide. Maximum extended width of slats is 46" (install easily in 1" of slat space by screwing, cutting or nailing. Hardware included.
81YN1507N ... Each $19.99

## GARAGE HOW-TO


Repairing Glass Chips Now Will Save You Big Money Later

Small windshield chips, if untreated, can become big cracks, requiring costly glass replacement. Doing it yourself will save you lots of money since the same techniques used by glass damage experts is easy to use and the results are excellent.

TAC001241

# TEMPORARY-MOUNT TOWING MIRROR
For 78-95 Chevy/GMC, 80-93 Dodge & 80-91 Ford Outside Rear-view Mirrors



* Increased field of vision while towing yet won't obstruct aerodynamic efficiency of existing mirror

**WON'T OBSTRUCT EXISTING MIRROR!**

Slips easily over existing outside rear-view mirror and hooks to mounting arm. Secure mounting prevents wind noise, vibration. Durable matte black housing. Fully-adjustable flat glass mirror surface. Removes quickly when not needed. For manual mirrors only; not for electronic remote-controlled mirrors.

For 78-95 Chevy/GMC full-size pickup & van oval mirrors (shown).
**15YN7883N—** ............ Each **$21.95**
For 85-93 Chevy/GMC S-10/S-15 Blazer/S-15 Jimmy mirrors (not shown). For standard mirrors only. Will not fit optional sport mirrors.
**13YN9197P—** ............ Each **$21.95**
For all 86-93 Dodge full-size pickup & chromed van oval mirrors (not shown).
**13YN9093A—** ............ Each **$21.95**
For 1993 Dodge T300 with original black mirrors.
**12YN7394W—** ............ Each **$21.95**
For 80-91 Ford full-size pickup mirrors (not shown).
**38YN3615Y—** ............ Each **$21.95**

## STRAP-ON TOWING MIRRORS



* Secures firmly to existing mirror with adjustable rubber straps
* Extends your field of vision without obstructing your existing mirror
* Easy to remove for storage or use on another vehicle
* Flat glass mirror, impact-resistant black plastic head

**A** For rectangular flag-style car or truck mirrors only.
**13YN4956U—** ............ Each **$9.95**
**B** For oval or rectangular truck or van mirrors.
**15YN7501T—** ............ Each **$10.95**

## ADJUSTABLE TEMPORARY-MOUNT TRAIL-VIEW MIRROR
For Trailer-towing Cars & Pickups

* all chromed head and arms
* Heavy-duty adjustment gives any number of width, height and angle positions – assures maximum rear view vision
* Mounts up front on fender – easily installed on left or right side. Two rubber-padded under-hood arms and under-fender brace arm hold mirror firmly in place. Adjustable tripod construction with turnbuckle insures rigid mounting with minimum vibration. Maximum extension from fender is 14". Cushioned rim mirror head is 5-1/2" x 7-1/2". No drilling required.
**15YN1735T—** ............ Each **$14.95**

## JR. WEST-COAST-STYLE SWING-AWAY MIRROR WITH ADJUSTABLE MOUNTING ARMS

* Chromed steel head and arms
* Swings away on impact to help prevent damage
* Replaces damaged existing mirror or adds a bright new look to vehicle. Vibration-free mounting on right or left side. Adjustable mounting arms let you position mirror approx. 13" to 14" away from vehicle, assures proper alignment so you can see easily when mounting trailers, wide loads, etc. Approx. 6" x 11" flat glass mirror head. With all hardware, instructions.
**10YN5542U—** ............ Each **$19.99**

## CHROMED OUTSIDE REAR VIEW MIRRORS
For 89-95 Chevy/GMC Full-size Pickups



* Replaces original pillar-mount vent window mirror perfectly
* Large 5-1/4" x 6-3/4" chrome-plated steel mirror head with flat glass mirror surface, black painted steel mounting base with ABS plastic cover. Hardware, instructions are included.
**N0307W—** Driver's side. ... Each **$24.95**
**N0530T—** Pass. side. ..... Each **24.95**

**SATISFACTION GUARANTEED or MONEY BACK**

---

## OUTSIDE MIRRORS
For 85-93 Chevy S-10, S-10 Blazer & GMC S-15, S-15 Jimmy

* Choice of chromed or black mirror heads
* Duplicates of original optional sport mirrors. 5-3/4" x 7-1/4" plastic head, black enameled mirror arm and bracket. High-quality nonglare double-chrome finish glass.

Driver's Side Mirror, Flat glass.
**12YN9884X—** Chromed head ... Each **$27.95**
**14YN4512N—** Black head ...... Each **26.95**
Passenger's Side Mirror, Convex glass.
**13YN9845U—** Chromed head ... Each **$30.95**
**13YN4513T—** Black head ...... Each **29.95**

## STAINLESS STEEL SWING-AWAY MIRRORS
For 80-91 Ford Pickups & Vans



**COMPLETE MIRROR HEAD & MOUNTING ASSEMBLY**

Replaces existing damaged or broken mirror perfectly. Helps restore original look, or can be used to dress up any pickup or van. Head is approx. 5-3/8" x 8-1/2". Passenger's side mirror has convex glass for increased viewing area. Swings in close to body on impact to prevent damage. Includes hardware, instructions.

Driver's (flat glass).
Passenger's (convex glass).
**Side** | **Stk. No.** | **Each**
Driver's | **12YN7816Y—** | **$22.95**
Pass. | **14YN6781W—** | **19.95**
Black Mirror (not shown), similar to its (above). Stainless steel at above. Has ABS plastic head (approx. 5-1/2" x 8-1/2"), black painted steel mounting arm and brackets. Fits left or right side. Flat glass.
**13YN4027U—** ............ Each **$17.95**

## STAINLESS STEEL OUTSIDE MIRRORS
For 78-88 Chevy/GMC Pickups & 78-92 Vans

**RUST RESISTANT**

* Replaces original perfectly (or can be used on ANY pickup or van)
* Fits right or left side. Flat glass mirror head. With hardware, instructions.

**A** For 78-88 full-size pickups, Blazer/Jimmy. Complete mirror head/mounting arm and base. 5" wide x 7" high head.
Stainless steel mirror.
**12YN5451W—** ............ Each **$22.95**
Mirrors with baked enamel finish.
**12YN5452U—** White finish ... Each **$19.95**
**12YN5453S—** Black finish .... Each **19.95**
**B** Stainless Steel Mirror for 78-92 Chevy/GMC vans. Complete mirror head/mounting arm & base. 9" wide x 7" high head.
**13YN3378B—** ............ Each **$22.95**

## LOW-MOUNT AERODYNAMIC SWING-AWAY MIRRORS & REPLACEMENT MIRROR HEADS



Choose stainless steel or matte black steel.

**A** Swing-away Mirrors with 6" x 9" heads for pickups, trucks, vans and RVs. Designed to (1) swing in close to vehicle's body, (2) allow easy access to tight spots, (3) prevent or minimize costly mirror (or property) damage in the event of impact, (4) simplify alignment of mirror for best viewing angle. Heads have stainless steel or matte black finish and are complete with a rust-resistant cast aluminum bracket in a matching finish. Easy to install. Fit properly with no modifications needed. Assembled with mounting hardware and instructions included. Order replacement mirror head below.
**14YN5216A—** Stainless ... Each **$19.95**
**14YN5217R—** Matte black ... Each **16.95**
**B** Replacement 6" x 9" Mirror Heads. Replace mirror heads above or heads of similar original equipment low-mount swing-away mirrors.
**14YN5218X—** Stainless steel ... Each **$12.95**
**14YN5219N—** Matte black ..... Each **9.95**
Swing-away Mirrors with 7-1/2" x 5-1/2" heads for mini pickups, vans, small trucks and station wagons (not shown). Non-glare glass. Choice of chrome-plated steel or matte black head and arms. Fit right or left side. Includes hardware, instructions.
**13YN5963R—** Chrome-plated ... Each **$18.95**
**14YN9335N—** Matte black ..... Each **16.95**
Replacement 7-1/2" x 5-1/2" Mirror Heads for above.
**13YN5974V—** Chrome-plated steel ... Each **$9.95**
**14YN9337A—** Matte black .......... Each **8.95**

---

## CLASSIC-STYLE OUTSIDE REAR VIEW MIRRORS



* Adds the classic look of the '50s to your vehicle
* Perfect for restoration or street rod

**A** Top-of-door-mount Round Mirror. Polished stainless steel 4" diameter round mirror with chromed die-cast mounting base. Mounts on top edge of driver's or passenger's door. Note: Car must have door frame that surrounds the entire window.
**12YN8201B—** ............ Each **$14.95**

**B** Door-edge-mount Rectangular Mirror. Chrome-plated steel. Adjustable base allows easy clamp-on installation to door edge of driver's or passenger's door. 2-1/2" high x 5" wide mirror head.
**13YN4344T—** ............ Each **$12.95**

## TOP-FLIGHT MIRROR
FOR ALL CARS

Chrome-plated steel with 5" diam. mirror head. Clamps on for easy installation. Adjustable for right or left side.
**12YN7787A—** ............ Each **$7.99**

## CLAMP-ON CONVEX MIRRORS
For Vans, RVs & Pickups



* Clamps easily to existing mirror mounting arm
* Choice of rectangular or round
* Eliminates blind spots with minimum distortion. Increases visibility for safer driving. Swivel ball stud socket assures easy adjustment.

**A** Stainless Steel Rectangular Mirror. Approx. 4-1/2" high x 6-1/2" wide.
**12YN3737R—** ............ Each **$9.95**
**B** Black Painted Steel Round Mirror. 5" diam.
**12YN5004T—** ............ Each **$7.95**

## OUTSIDE-MOUNT CHROME-PLATED REAR VIEW MIRRORS
For All Cars



* Classic door mount
* Adjustable right or left side mounting
* Fully adjustable mirror heads

**A** Standard Mirror. Approx. 3-1/2" x 4-3/4" head.
**10YN3010U—** ............ Each **$6.95**
**B** Deluxe Sport-style Mirror. Approx. 3-1/2" x 4-3/4" head.
**17YN9155U—** ............ Each **$6.95**
**C** Standard Mirror, 4-3/4" diam. head with flat glass.
**14YN6739R—** ............ Each **$6.95**

## CAMPER-MOUNT MIRROR



* Increases field of vision around your camper for greater driving safety
* Mirror head fits over camper's 5-1/2" x 7-1/2" stainless steel mirror head. Fits right or left side. With instructions.
**71YN0531Y—** ............ Each **$19.95**

## FLEXIBLE REFLECTOR TAPE
Sets Include Eight 18" Long Strips



* A safety must for utility trailers, boat trailers, trucks, almost any vehicle
* Enhances visibility of vehicle at night, makes it easier to spot at greater distances during the day
* Rated at over 600 candlepower per foot. Hermetically sealed, unbreakable 18" x 1-1/2" wide strips are ultra-thin (only 0.125") for easy mounting on flat or curved surfaces. Industrial-strength adhesive backing assures secure installation. Easy to trim to desired length. Set of 8.
**89YN0174X—** Red/silver ... Set **$14.95**
**89YN0176B—** Silver ........ Set **14.95**
**89YN0177P—** Red .......... Set **14.95**

---

## Giant 17" panoramic rear-view mirror totally eliminates blind spots...helps you drive safer



**PROVIDES COMPLETE 180° WRAPAROUND VISION**

**REGULAR REAR VIEW MIRROR**

* The mirror every motorist needs
* Gives complete rear and side vision—lets you see all vehicles behind you, in addition to vehicles passing on either side at a glance
* Clips on easily over your regular inside rear view mirror

Mirror is convex both in height and width—completely eliminates blind spots, helps promote safer driving. Lets you see the complete road behind you.

**81YN1280R—** ............ Each **$**
13-1/2" wide x 2-3/4" high Panoramic Mirror. Convex clear glass in sturdy black housing. Fits all cars including compacts.
**81YN1279A—** ............ Each **$**

## DAY/NIGHT INSIDE REAR VIEW MIRRORS
For American & Imported Cars, Pickups & Vans

**CHOICE OF 3 WIDTHS**

* Replaces existing original equipment windshield mount mirrors
* Mounts to original bracket or use included mounting bracket

Approx. 8" high black plastic housing with distortion-free glass in an adjustable ball-joint stem. Flip a lever to change from normal daytime viewing to reduced-glare nighttime viewing. Instructions.
Approx. 8" W Mirror for compact, mid-size cars.
**15YN3316B—** ............ Each **$10.95**
Approx. 10" Wide Mirror for mid & full-size cars, pickups and vans.
**13YN3317P—** ............ Each **$11.95**
Approx. 12" Wide Mirror for full-size cars, pickups, vans.
**13YN3318Y—** ............ Each **$11.95**

## SPORTY FLAG-STYLE MIRRORS



Adds sleek European styling to any American or imported vehicle.

Durable weather-resistant housing, flat glass mounts easily to door. Fits driver's or passenger's side. With hardware.

**A** 3" high x 5" wide Mirror with tinted glass. Black ABS housing, black rubber boot covers mounting bracket.
**12YN7483X—** ............ Each **$7.95**
**B** 3-3/4" x 4" Wide Mirror with standard glass. Matte black polypropylene housing.
**13YN4850R—** ............ Each **$6.95**

## TRIPOD LOW-MOUNT STAINLESS STEEL MIRRORS & REPLACEMENT MIRROR HEADS
For Full-size & Mini Vans, Pickups, Campers & Station Wagons

**A** Stainless Steel Tripod Mirror. 7-1/2" x 10-1/2" stainless steel head. Top and bottom side brackets of stainless steel legs permit proper angle adjustment. Fits left or right side.
**15YN9508W—** ............ Each **$17.95**
**B** Stainless Steel Replacement Mirror Heads for above.
**14YN8057W—** ............ Each **$10.95**
Colonial White Mirror, Colonial white head, arms & brackets. 7-1/2" x 10-1/2".
**14YN4775N—** ............ Each **$15.95**
Colonial White Replacement Mirror Head for above. 7-1/2" x 10-1/2".
**14YN8099B—** ............ Each **$8.95**



## EXTRA SAFETY FOR ALL CARS, TRUCKS AND VANS!
## TRIANGULAR REFLECTOR KIT
**Meets DOT Specifications**

* Meets DOT FMVSS 125 safety specifications
* Sides of triangles are hinged together for fast and easy fold-up and lock-together storage
* Heavy 18" long on each triangle has nonskid tabs to withstand high winds
* Multidirectional—triangles swivel on base
* 1" wide outer red reflex reflector panels for nighttime visibility, bright-orange 1-1/4" wide inner panels of fluorescent plastic for daytime visibility. Sides of triangles 17-1/2" long. Triangles in base. Heavy-duty 2" x 4" x 18" storage box.
**13YN1700R—** ............ Kit **$14.95**

---

## GLARE FREE! PANORAMIC WIDE-ANGLE REAR-VIEW MIRROR

* 3 times more viewing area than with conventional mirrors
* Eliminates blind spots to let you see ALL traffic behind you!
* High-quality optical crystal glass for the CLEAREST IMAGES POSSIBLE!
* Special ANTI-GLARE TREATMENT automatically reduces glare from headlights, etc. nighttime driving is safer, more relaxed
* Slightly convex shape maximizes field of vision with virtually no distortion
* Choice of 2 sizes

Enjoy safer driving day or night! This mirror attaches to your existing mirror and dramatically expands your viewing area. Assures a crisp, clear image at all times too! Easily transferrable from vehicle to vehicle too!

13" Wide x 2-7/8" High Mirror for compact, small cars.
**15YN0040R—** ............ Each **$**
17" Wide x 3" High Mirror. For medium/large cars, pickups, vans.
**83YN1181X—** ............ Each **$**

## DOOR-MOUNT STAINLESS STEEL SWING-AWAY MIRRORS
For Pickups, Vans, RVs, Campers

**MULTI-POSITION! Head rotates & arms swing out to convert from standard to towing position**

**STANDARD position**

Two mirrors in one! Adjusts easily for standard driving or towing. Towing position has 15" rustproof, corrosion-resistant polished stainless steel head and arms. 5-1/2" x 10-1/2" head has glass cushioned in rubber channels for vibration-free performance. Fits left or right side. Hardware, instructions included. Order replacement mirror heads below.
**12YN5489W—** ............ Each **$**
Replacement Mirror Head only for above.
**14YN9754X—** ............ Each **$**

## STICK-ON CONVEX SPOT MIRRORS



* Widens rear view field of vision
* The truckers' safety mirror!

Self-adhesive round convex "spots" stick to mirror, give distortion-free reflection. Eliminate blind spots, aid in turning, backing or passing.
**14YN4534V—** 2" diam.
**17YN7155W—** 3" diam.
**88YN7374X—** 3-3/4" diam.

**NON U.S. RESIDENTS — PRICES DO NOT INCLUDE DUTY OR TAXES**