# EXHIBIT P

| | |
|---|---|
| Message | |
| From: | Elster, David [/O=PERMATEX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=ELSTER, DAVID962] |
| Sent: | 2/20/2015 10:45:30 AM |
| To: | Lyon, Sean [sean.lyon@permatex.com] |
| CC: | Boettner, Sary [sary.boettner@permatex.com]; Lis, Jim [jim.lis@itwgb.com] |
| Subject: | FW: Glass Star Project template |
| Attachments: | Glass Star Project.pptx |

Sean,

I just wanted you to see the project tracker we have for Glass Star. I am still waiting feedback from some of the team members but I wanted you to be in the loop.

Summary:

Pacer will be able to ship at the end of July (August 4 ability to ship out to customers) if we are able to get the March 23rd approval on the adhesive ring.

Glass Star America: they are in worse shape and we will continue to supply interruption. They can only do about 8K units per week max. Owner had heart surgery and his son is struggle with the business. I have offered to pay early and help schedule production but he said it would not help with the issues he is having right now. Tony said he would let know if he thinks of ways we can help out.

Thanks,

**David Elster**

SUPPLY CHAIN – SOURCING MANAGER

ITW GLOBAL BRANDS

O: 713.797.2407

C: 214.592.3335

F: 713.797.2196

david.elster@itwgb.com

**From:** Elster, David
**Sent:** Thursday, February 19, 2015 1:16 PM
**To:** Jackson, William; Lis, Jim; Boettner, Sary
**Subject:** Glass Star Project template
**Importance:** High

All,

Stop! Please read. I need feedback today before 3:00PM. I have to provide update to Byron Waylan today at 3:30 PM.

Please see the attached and provide me any feedback. We will use this to track and share with manage the status of the Glass Star issues and transition to Pacer. If you have change requests: Please note them in an email back to me and I will update the power point. If you have questions please let me know.

Thanks,

**David Elster**

SUPPLY CHAIN – SOURCING MANAGER

ITW GLOBAL BRANDS

O: 713.797.2407

C: 214.592.3335

F: 713.797.2196

david.elster@itwgb.com

ITW 005680