# EXHIBIT Q

| | |
|---|---|
| Message | |
| **From:** | Boettner, Sary [/O=PERMATEX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BOETTNER, SARYBFC] |
| **Sent:** | 3/10/2015 10:58:36 PM |
| **To:** | Crowley, Penny [penny.crowley@permatex.com] |
| **CC:** | Barton, Lori [lori.barton@permatex.com] |
| **Subject:** | FW: Bullseye Windshield Repair Kit |
| **Attachments:** | 81546_Windshield_Repair_instructions_v1.pdf; 16067(L16067-3N)3linginstrux.pdf |

FYI... we are not making changes to artwork.

*Sary Boettner*

Product Manager

## Permatex®

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

**From:** Ahumah, George
**Sent:** Thursday, March 05, 2015 9:17 AM
**To:** Crowley, Penny; Boettner, Sary; Braga, Donny; Dann, Matt
**Cc:** Jackson, William; Barton, Lori; Riley, Courtney
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Penny,

Please see the PDFs attached. I've highlighted the areas where our instructions differ from the previous instructions in the kit.

Let me know if you need anything else.

Thanks,

George

**From:** Crowley, Penny
**Sent:** March-05-15 8:49 AM
**To:** Ahumah, George; Boettner, Sary; Braga, Donny; Dann, Matt
**Cc:** Jackson, William; Barton, Lori; Riley, Courtney
**Subject:** Re: Bullseye Windshield Repair Kit

Hi George,

Sary has a lot going on and asked me to help out with this.

We need you to tell us what you changed. We don't have time to review the video and compare. Thanks George!

—

Penny Crowley

Packaging Production Specialist

ITW Permatex

10 Columbus Blvd.

Hartford, CT 06106

(860) 543-6926

**From:** <Ahumah>, George <George.Ahumah@Permatex.com>
**Date:** Wednesday, March 4, 2015 4:54 PM
**To:** "Boettner, Sary" <Sary.Boettner@Permatex.com>, "Braga, Donny" <Donny.Braga@Permatex.com>, "Dann, Matt" <Matt.Dann@Permatex.com>
**Cc:** "Jackson, William" <William.Jackson@itwgb.com>, "Barton, Lori" <Lori.Barton@Permatex.com>, "Riley, Courtney" <Courtney.Riley@Permatex.com>, Penny Crowley <penny.crowley@permatex.com>
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Sary,

Have you had a chance to review the new instructions?

Thanks,

George

**From:** Ahumah, George
**Sent:** February-27-15 5:02 PM
**To:** Boettner, Sary; Braga, Donny; Dann, Matt
**Cc:** Jackson, William; Barton, Lori; Riley, Courtney; Crowley, Penny
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Sary,

We changed all of the instructions to match the video on the Permatex website.

Thanks,

George

**From:** Boettner, Sary
**Sent:** February-27-15 4:00 PM
**To:** Ahumah, George; Braga, Donny; Dann, Matt
**Cc:** Jackson, William; Barton, Lori; Riley, Courtney; Crowley, Penny
**Subject:** RE: Bullseye Windshield Repair Kit

Hi George,

ITW 005597

Thank you for advising. Would you mind highlighting what has changed and we will compare to what we have please? Once I take a look, I could advise if we can use this copy.

Thanks

Sary

*Sary Boettner*

Product Manager

**Permatex**®

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

**From:** Ahumah, George
**Sent:** Thursday, February 26, 2015 9:08 AM
**To:** Braga, Donny; Dann, Matt; Boettner, Sary
**Cc:** Jackson, William; Barton, Lori
**Subject:** RE: Bullseye Windshield Repair Kit

Good morning Sary,

ITW 005598

I'm working on the packaging for 81546 - Windshield Repair Kit and have revised the instruction sheet (see attached). Would you like to use our revised instructions? If yes I will have it translated into Spanish but if you would like to use the current instructions we will ask Pacer to create a second instruction sheet for Permatex Canada.

Let me know what you think.

Thanks,

George

**From:** Braga, Donny
**Sent:** February-17-15 2:29 PM
**To:** Dann, Matt; Boettner, Sary
**Cc:** Ahumah, George; Jackson, William; Barton, Lori
**Subject:** RE: Bullseye Windshield Repair Kit

Thanks Matt for the background info. Yes, we'll make it a priority change over.

Donny

**From:** Dann, Matt
**Sent:** February-17-15 2:28 PM
**To:** Boettner, Sary; Braga, Donny
**Cc:** Ahumah, George; Jackson, William; Barton, Lori
**Subject:** RE: Bullseye Windshield Repair Kit

Thanks Sary!

Donny & George,

Can you ensure that our new art files are ready to go ASAP?

We cannot afford to have a delay on this item.

I currently have one last order in with Glass Star due at the beginning of March.

Their track record as of late is horrible and I anticipate this PO being late (our last PO was 3 months late).

The vendor transition needs to happen sooner than later.

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501



**From:** Boettner, Sary
**Sent:** February-17-15 2:14 PM
**To:** Braga, Donny; Dann, Matt
**Cc:** Ahumah, George; Jackson, William; Barton, Lori
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Donny,

ITW 005600

One last thing to note, as of now, we are aiming to have first shipments from Pacer end of March/First week in April. We will keep you posted.

Thanks

Sary

*Sary Boettner*

Product Manager

**Permatex**®

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

**From:** Braga, Donny
**Sent:** Tuesday, February 17, 2015 2:08 PM
**To:** Boettner, Sary; Dann, Matt
**Cc:** Ahumah, George; Jackson, William
**Subject:** RE: Bullseye Windshield Repair Kit

Thanks Sary, please keep us up to date as to when any changes are made.

Thanks

Donny

**From:** Boettner, Sary
**Sent:** February-17-15 1:38 PM
**To:** Braga, Donny; Dann, Matt
**Cc:** Ahumah, George; Jackson, William
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Donny,

Yes, there will be some cost increases on the items moving from Glass Star to Pacer. The sourcing team is still working on finalizing the quotes with Pacer. There will be no modifications to the kits. For the most part, everything will remain the same.

Please let me know if you have any further questions.

Sary

*Sary Boettner*

Product Manager

## Permatex®

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

ITW 005602

**From:** Braga, Donny
**Sent:** Tuesday, February 10, 2015 7:12 AM
**To:** Dann, Matt; Boettner, Sary
**Cc:** Ahumah, George
**Subject:** RE: Bullseye Windshield Repair Kit

Nice job guys.

Sary, any idea as to the change in cost? By moving to Pacer are we looking at a potential cost decrease or increase? Other than the formulation are we looking at any additional modifications to the item?

George, please put this item on our product tracker as an item to evaluate in the coming weeks.

Thanks team

Donny

**From:** Dann, Matt
**Sent:** February-02-15 11:19 AM
**To:** Boettner, Sary
**Cc:** Braga, Donny; Ahumah, George
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Sary,

Glad to hear there has been some good progress with this item.

I will certainly follow up for a further update is a few weeks.

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501


**Permatex**

**From:** Boettner, Sary
**Sent:** February-02-15 11:15 AM
**To:** Dann, Matt
**Cc:** Braga, Donny; Ahumah, George
**Subject:** RE: Bullseye Windshield Repair Kit
**Importance:** High

Hi Matt,

Yes, we have identified Pacer as the potential new supplier for the Windshield repair kits. We are in the final stages of approving the formulation and the sample product kit. As for the patent on Glass Star's kit, we have consulted with our ITW Patent Legal Team and we have no issue moving forward with the new supplier. As of now, the timing to start receving FG inventory from Pacer is projected for end of March.

Please feel free to touch base with me again mid-February for another update. Let me know if you have any further questions.

Thanks

Sary

**From:** Dann, Matt
**Sent:** Tuesday, January 27, 2015 4:46 PM
**To:** Boettner, Sary
**Cc:** Braga, Donny; Ahumah, George
**Subject:** Bullseye Windshield Repair Kit

Hi Sary,

Hope you are managing ok with the snow storm you guys are getting hit with right now.

I wanted to touch base with you regarding the Bullseye Windshield Repair Kit.

I had a conversation with Lori Barton the other week about the struggle we both have been having acquiring inventory from Glass Star America.

I understand that they are not very financial sound at this point and their work practices are not exactly up to ITW standards according to what I've heard from the last visit to their facility.

It came up that you were looking at having Pacer Technology potentially take over this business?

Would you be able to share any details or progress on this avenue or other potential suppliers who may also be able to facilitate this product?

I believe that Glass Star did hold the patent on a number of components that were in this kit; is that going to be one of the challenges in finding a new supplier to source from?

Any info you can provide would be greatly appreciated.

Thanks Sary and drive safe in the brutal conditions!

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501

