# EXHIBIT R

# Glass Star Vendor Assessment and Move forward Plan


ITW GLOBAL BRANDS

**Opportunity:**
- Glass Star support 4s items today for Permatex
  - SKU 21190 - NA 16067 BULLSEYE .17FO SYR/CG (Discontinuing)
  - SKU 09103 - Permatex Windshield Repair Kit
  - SKU 16067 - Permatex Bullseye Windshield Repair Kit
  - SKU 90110 - Versachem Windshield Repair Kit
- We have had continued delays with product and missed commits going back to Feb 2014.
- Work with Glass Star
- Look for alternatives- Blue Star, Seven Seas, Chemense, and Pacer

| | |
|---|---|
| Last Update: | 4/8/2015 |
| Target Start Date: | 8/4/2014 |
| Target End Date: | 8/30/2015 |
| Project Owner: | David Elster |
| Request No: | 01 |
| Division: | Global Brands |

**Mission:**
- Work with Glass Star to improve performance and assess the need for new suppliers
- If needed bring new supplier on board to replace Glass Star.

**Scope of Project:**
- Work with Glass Star
- Review Alternatives
- Review Patents
- Test Product from Alternate suppliers
- Select Alternate Suppliers
- Validate and Test final products
- Plan transition
- Place orders new supplier
- Target date for New supplier delivery
- Inform Markting/Sales Team

**Metrics:**
- OTD for the 4 items above 95%
- Find Alternate Source
- Complete Transition

### Project Team

**Final Approval Committee:**
- Sean Lyon
- Byron Waylan
- Jim Lis

**Team Leaders (Daily):**
- Sary Boettner and David Elster (Project Leaders)

**Team Members/SME (Weekly):**
- Will Jackson
- Will Nix
- Lori Barton
- David Elster
- Sary Boettner
- Jay Pinkes

**Informed Team Members (Varied):**
- Jim Lis
- Nick Patel
- Sales Team

### Product Transition to Pacer

| Task | 2014 | 2015 Jan | 2015 Feb | 2015 Mar | 2015 Apr | 2015 May | 2015 Jun | 2015 Jul | 2015 Aug |
|---|---|---|---|---|---|---|---|---|---|
| 1 Pacer Selected as Alternative to Glass Star (David and Sary Boettner) | X | | | | | | | | |
| 2 Patent Review and decision from ITW Legal (Jay Saltzman) | | X | | | | | | | |
| 3 Review Sample Resin formulation and Testing (Jay Pinkes) | | X | | | | | | | |
| 4 Review and access on Items in the windshield repair kits (Sary and Jay) | | | | X | X | | | | |
| 5 Place Orders with Pacer | | | | | X | | | | |
| 6 Notify Glass Star: do not buy any materials beyond Open Orders | | | | | X | | | | |
| 7 First Shipment from Pacer | | | | | | | X | | |
| 8 Delivery Into Wannamacher Warehouse | | | | | | | X | | |
| 9 First Shipments of Pacer sourced kits | | | | | | | | X | |
| 10 Review any excess materials with Glass | | | | | | | | X | |
| 11 Notify Glass Star we will not purchase from them | | | | | | | | | X |

rain-x · slime · GUMOUT · Black · Spray

**ITW GLOBAL BRANDS**



# Weekly Update – Glass Star transition to Pacer

**Achieved Last Week:**
- Pacer work on plan with supply base to improve delivery timeline all dependent on adhesive ring.

**Upcoming Milestones:**
- Glass Star Call around current supply
- Pacer Call around expediting delivery
- Orders place with Pacer (hold for Ring)
- Approval of Resin (2/27/15)
- Approval of Adhesive Ring (3/27/15)

| | |
|---|---|
| Week Ending: | 4/9/2015 |
| Target Start Date: | 8/4/2014 |
| Target End Date: | 8/30/2015 |
| Status: | Green ● |

### Project Team

**Final Approval Committee:**
- Sean Lyon
- Byron Waylan
- Jim Lis

**Scheduled this Week:**
- Call with Glass Star America-Done
- Call with Pacer-Done
- Adhesive Ring from Pacer still gating waiting on round 3 of samples. 6 weeks delay
- Resin completed.
- Stephen Gould Company went to Glass Star to help with labor Glass Star does not have complete kits for more than about 8K units and is not willing to allocate all these to the 80K backlog we have with them.
- Reached out to Gerald Jacino at Blue Star to see how soon we could get going with them if Pacer does not work out.

**Key Issues / Help Need**
- Fill Rate based on Glass Star issues remain and we will not be in better shape until August.
- Glass Star cannot or will support our business as a priority. Had call with Owner Anthony Jacino Sr.
- We need Jay Pinkes to go to Taiwan to do testing in Pacer factory to speed up adhesive disk. Needs to be there next week.
- As back up we need to have business to continue to work Blue Star this stopped in January because first kit did not work.
- The business unit this week needs to provide art work, resin supplier contact information, and product specifications. Pacer does not have these yet from ITW.

**Team Leaders (Daily):**
- Sary Boettner and David Elster (Project Leaders)

**Team Members/SME (Weekly):**
- Will Jackson
- Will Nix
- Lori Barton
- David Elster
- Sary Boettner
- Jay Pinkes

**Informed Team Members (Varied):**
- Jim Lis
- Nick Patel
- Sales Team

ITW GLOBAL BRANDS

ITW 005018



# Go Live Plan – Glass Star transition to Pacer

**Test Plan:**
- Stability testing underway
  - 8 weeks – only 1 week remains
- Samples other parts of the kit reviewed and accept with the exception of the Adhesive Disk.

**Contingency/Roll Back Plan**
- Low Risk is above industry testing of 5 weeks.
- Testing additional adhesive disks. High Risk waiting new samples (16 week lead-time)
- Asked if Glass Star could support (no they can not)

| | |
|---|---|
| Month Ending: | February |
| Last Update: | 4/9/2015 |
| Target Start Date: | 8/4/2014 |
| Target End Date: | 8/30/2015 |
| Status: | Green ● |

**Go Live /Risks:**
- Adhesive Disk – high risk 4 weeks past due

**Go Live Plan:**
- Order Placed with Pacer
- Asking for orders to be held until we approve the adhesive disk.
- Expediting delivery time from Pacer
- Ship from Pacer the wee of April 27th
- Supply Delivered by 7/24/2015
- Ready to ship to customers 7/28/2015
- Backlog resolved by 8/30/2015

| Quality Assurance Checklist | Yes | No |
|---|---|---|
| 1. Work Plan or Action List Created | X | |
| 2. Test Plan Outlined | X | |
| 3. Test Plan Executed and Validated | X | |
| 4. Go Live Risks Identified and Outlined | X | |
| 5. Contingency or Roll Back Plan Outlined | X | |
| 6. Implementation or Go Live Plan Outlined | X | |
| 7. Go Live Approval Obtained (Next Level Manager) | | X |
| 8. Approved By (Next Level Manager) – Sign/Date | | X |



# Risk Assessment

| Risk | Description | Action Plan | Owner | Status |
|---|---|---|---|---|
| Resin fails | 1 week left in 8 weeks stability test | Review result on 2-28-15 | Jay Pinkes | Closed |
| Adhesive Ring | Waiting for updated ring shipping from China. Had issue with ring not releasing. Ring and adhesive modified. Still open for 6 weeks. | New samples for Test in on March 23. Reviewing ability to expedite. Requesting Jay Pinkes go to Pacer in Taiwan. | Jay Pinkes, Will Jackson | Open update in 2 weeks. 4 weeks past due. |

ITW GLOBAL BRANDS

#  Key Tasks – Glass Star Vendor Assessment and Move forward

Outline Key Task/Work Remaining: Complete Table Below or Reference Work Plan
Last Update:    October                                                                 Page 1 of 1

| Activity | Responsible | Due Date | Status | Notes |
|---|---|---|---|---|
| 1. Pay Glass Star early to help with cash flow. | David Elster | 8/29/14 | Closed | No improvement in delivery. |
| 2. Contact other potential suppliers of windshield repair kits. | David Elster | 9/1/2014 | Close | Reviewed: Blue Star Products, SevenSeas, and Pacer |
| 3. Talked to Glass Star about selling the company. | David Elster | 10/15/14 | Closed | Glass Star said they were interested but changed their mind. |
| 3. Permatex team engagement with Pacer | Sary Boettner/David Elster | 10/31/14 | Closed | Action items: Resin, Syringe, adhesive ring and other materials reviewed |
| 4. Resin testing | Jay Pinkes | 2/27/15 | Closed | We are the last week of stability test and on track |
| 5. Adhesive Ring | Jay Pinkes | 3/27/15 | Open | Waiting new samples. Will Jackson work with Pacer to improve date. Past due next samples due 4-20-15 |
| 6. Lead-time reduction for first shipment from Pacer | David Elster/ Will Jackson | 4/9/2015 | Open | Waiting feedback from Pacer on plan and looking at expedite options. |
| 7. Placing orders and planning for future demand | Will Nix/ Lori Barton | 3/27/15 | Open | First orders placed but on hold pending outcome on adhesive Ring |
| 8. First Shipment from Pacer | Will Nix | 7/21/2015 | Open | Need to track and update. |
| 9. Receipt at Wannemacher | Will Nix | 7/28/2015 | Open | Need to make sure product is received |
| 10. First shipments to customers | Customer Service | 8/4/15 | Open | Based on order fulfillment needs |
| 11. Backlog resolved | Will Nix | 8/30/15 | Open | Closer once done |

**ITW GLOBAL BRANDS**

