# EXHIBIT S

Message

**From:** Barton, Lori [/O=PERMATEX/OU=HARTFORD/CN=RECIPIENTS/CN=BARTONLO]
**Sent:** 5/5/2014 10:45:49 AM
**To:** Lang, Jim [jim.lang@permatex.com]
**Subject:** FW: Glass star

Hi Jim,

See Don's note below...Do you know what was up with the Chemence formulation for the windshield repair kit 09103? Can Chemence ramp up their performance?

We are seriously thinking of finding alternative sources for the GlassStar SKU's - windshield repair, the windshield/headlight kit, and the bullseye. They are a terrible supplier.

Let me know if you know of any alternate suppliers. I'm helping Na out. Thanks!

LORI BARTON

Planner - Supply Chain

ITW Global Brands

860.543.7523

lori.barton@itwgb.com


**From:** Jones, Don
**Sent:** Friday, May 02, 2014 4:06 PM
**To:** Sai, Na
**Cc:** Barton, Lori
**Subject:** RE: Glass star

PX moved from Chemence to Glass Star because their product has better performace.

ITW 005281

Glass Start tried to pass an increase onto PX over a year ago and we pushed back. He never heard back from Vincent about pricing again.

Don Jones

Purchasing

Permatex, a Division of Illinois Tool Works, Inc.

440-914-3516

don.jones@permatex.com



ITW's products and services are subject to the most current version of ITW's Procurement Terms and Conditions, which may be found at http://www.itw.com/about-itw/suppliers/. The terms and conditions for the purchase of your products and services are limited to those contained in ITW's Procurement Terms and Conditions and any additional or different terms and conditions in any form delivered by you are deemed to be material alterations and are hereby rejected. Commencement of any work by you or delivery of any products by you shall constitute your acceptance of ITW's Procurement Terms and Conditions.

**From:** Sai, Na
**Sent:** Friday, May 02, 2014 3:58 PM
**To:** Jones, Don
**Cc:** Barton, Lori
**Subject:** Glass star

Hi Don,

Glass Start have been late on POs lately and complained about they didn't increase pricing for long time.

ITW 005282

Attached is a quick analysis I put together to show how much increased (from 5-6%); I would like to ask your feedback since you know them well.

Are they really the cheapest guy on the block? And if the price increase reasonable?

Thanks in advance!

Na Sai – CSCP

Sourcing –Supply Chain

ITW Global Brands

6925 Portwest Dr, suite 100

Houston, TX 77024

713-797-2397 Direct

Na.sai@itwgb.com

