# EXHIBIT T

| | |
|---|---|
| **From:** | Lis, Jim [/O=PERMATEX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=LIS, JIM76F] |
| **Sent:** | 7/23/2014 12:13:35 PM |
| **To:** | Elster, David [david.elster@itwgb.com]; Boettner, Sary [sary.boettner@permatex.com] |
| **Subject:** | FW: GlassStar SKU's |

David,

I spoke with Sary this morning and she agrees we need to begin evaluating alternate suppliers for the Glass Star products. We can touch base next week when you are in the office. I would like for RSS to be a key contributor to the search/evaluation process while leveraging the knowledge and expectations of the business.

**Jim Lis**

Supply Chain Director



6925 Portwest Drive

Houston, TX 77024

Work: (713) 797-2409

Cell: (650) 793-7696

Fax: (713) 797-2401

**From:** Lis, Jim
**Sent:** Wednesday, July 23, 2014 11:01 AM
**To:** Boettner, Sary
**Subject:** FW: GlassStar SKU's

Sary

Here are the skus for GlassStar

**Jim Lis**

Supply Chain Director



6925 Portwest Drive

Houston, TX 77024

Work: (713) 797-2409

Cell: (650) 793-7696

Fax: (713) 797-2401

**From:** Barton, Lori
**Sent:** Wednesday, July 23, 2014 10:48 AM
**To:** Lis, Jim
**Subject:** GlassStar SKU's

| SKU | DESCRIPTION |
|---|---|
| 09103 | PX PRS WINDSHIELD REPAIR KIT |
| 16067 | PX 16067 BULLSEYE .17FO SYR/CG |
| 21190 | NA 16067 BULLSEYE .17FO SYR/CG |
| 90110 | VC WINDSHIELD/HEADLIGHT KIT |

LORI BARTON

Planner - Supply Chain

ITW Global Brands

860.543.7523

ITW 004994

lori.barton@itwgb.com

ITW 004995