# EXHIBIT U

| | |
|---|---|
| Message | |
| From: | Jackson, William [/O=PERMATEX/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=JACKSON, WILLIAMBF9] |
| Sent: | 3/10/2015 10:18:20 AM |
| To: | Dann, Matt [matt.dann@permatex.com]; McKee, David [david.mckee@permatex.com]; Boettner, Sary [sary.boettner@permatex.com] |
| CC: | Thompson, Lavell [lavell.thompson@permatex.com]; Jones, Don [don.jones@permatex.com]; Turgeon, Melanie [melanie.turgeon@permatex.com] |
| Subject: | RE: Bullseye Windshield Repair Kit |
| Attachments: | Pacer Widnshield Repair Kit RFQ's.xlsx |

Here you go Matt.


William Jackson

Sourcing Specialist

Business: (713) 797-2397

William.Jackson@itwgb.com

6925 Portwest Dr., Suite 100

Houston, TX 77024



**From:** Dann, Matt
**Sent:** Monday, March 09, 2015 2:42 PM
**To:** Jackson, William; McKee, David; Boettner, Sary
**Cc:** Thompson, Lavell; Jones, Don; Turgeon, Melanie
**Subject:** RE: Bullseye Windshield Repair Kit


Hi Will,


Excellent!

Are you able to forward me the formal quote from Pacer for my own records?

Yes, I had advised our marketing department to make this label art work a priority to accommodate this transition ASAP.

I believe that it will be submitted this week.

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501



**From:** Jackson, William
**Sent:** March-09-15 3:37 PM
**To:** Dann, Matt; McKee, David; Boettner, Sary
**Cc:** Thompson, Lavell; Jones, Don; Turgeon, Melanie
**Subject:** RE: Bullseye Windshield Repair Kit

Matt,

I probably over complicated things as I read your initial email differently. But to answer your question, yes pricing has been reviewed and agreed to with Pacer for all four windshield kits so from that perspective you should be good to proceed with ordering from pacer as you see fit. My only comment would be to look into the status of Canadian label artwork to ensure that'll be ready to go in order to fulfill your PO.

William Jackson

Sourcing Specialist

Business: (713) 797-2397

William.Jackson@itwgb.com

6925 Portwest Dr., Suite 100

Houston, TX 77024



**From:** Dann, Matt
**Sent:** Monday, March 09, 2015 2:11 PM
**To:** McKee, David; Boettner, Sary
**Cc:** Thompson, Lavell; Jackson, William; Jones, Don; Turgeon, Melanie
**Subject:** RE: Bullseye Windshield Repair Kit

David,

There is no PERMUS selling price to Canada as we would be going direct to Pacer.

I wanted to confirm costing was completed by sourcing so we can proceed to update our standard and vendor.

As we try to maintain as much continuity with our US counterparts our vendor must change as well.

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501



**From:** McKee, David
**Sent:** March-09-15 2:23 PM
**To:** Boettner, Sary
**Cc:** Thompson, Lavell; Jackson, William; Jones, Don; Turgeon, Melanie; Dann, Matt
**Subject:** RE: Bullseye Windshield Repair Kit

Good afternoon Sary,

Permatex Canada will update our standard cost (you are not impacted by our standard change)

That being said the US will need to update the PERMUS selling price to Canada. When Matt creates a PO the PO should match the US price to Canada.

David

David McKee, Accounting Manager

ITW Permatex Canada

35 Brownridge Road, unit 1

Halton Hills, ON, L7G 0C6

905-693-8900 ext 3228

ITW 003588

**From:** Thompson, Lavell
**Sent:** Monday, March 09, 2015 2:16 PM
**To:** McKee, David
**Subject:** FW: Bullseye Windshield Repair Kit

David

Would you care to step in and help Sary out?
Tnx

**From:** Boettner, Sary
**Sent:** Monday, March 09, 2015 2:15 PM
**To:** Jackson, William; Jones, Don
**Cc:** Turgeon, Melanie; Thompson, Lavell
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Don,

Please see emails below. Do you enter the updated costing in JDE for PX Canada?

Sary

*Sary Boettner*

Product Manager

# Permatex®

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

ITW 003589

Cell: (561) 603-9600

Fax: (860) 543-6997

**From:** Jackson, William
**Sent:** Monday, March 09, 2015 1:58 PM
**To:** Boettner, Sary
**Cc:** Turgeon, Melanie
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Sary,

Once pricing is confirmed I do enter into JDE for Car care & Permatex but that doesn't apply to Permatex Canada. I'm not positive of their process but my understanding is there's a different team (Don Jones likely knows exactly who the person is) that negotiates pricing then enters it into the system under their GL for them.

William Jackson

Sourcing Specialist

Business: (713) 797-2397

William.Jackson@itwgb.com

6925 Portwest Dr., Suite 100

Houston, TX 77024


ITW GLOBAL BRANDS

**From:** Boettner, Sary
**Sent:** Monday, March 09, 2015 12:54 PM
**To:** Jackson, William
**Cc:** Turgeon, Melanie
**Subject:** FW: Bullseye Windshield Repair Kit
**Importance:** High

Hi Will,

Once you approve the new costing, do you enter it into our system? Do you apply it to PX Canada as well?

Please advise.

Thanks

Sary

*Sary Boettner*

Product Manager

**Permatex®**

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

**From:** Dann, Matt
**Sent:** Monday, March 09, 2015 1:16 PM
**To:** Boettner, Sary; Braga, Donny
**Cc:** Ahumah, George; Jackson, William; Barton, Lori
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Sary,

I see that Lori now has orders placed against Pacer for the Bullseye Windshield Repair Kit.

I imagine that costing has now been confirmed?

Is this costing also being applied to the Permatex Canada sku?

Please advise I'd like to make this transition to Pacer sooner than later.

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501


Permatex

From: Boettner, Sary
Sent: February-17-15 2:14 PM
To: Braga, Donny; Dann, Matt
Cc: Ahumah, George; Jackson, William; Barton, Lori
Subject: RE: Bullseye Windshield Repair Kit

Hi Donny,

One last thing to note, as of now, we are aiming to have first shipments from Pacer end of March/First week in April. We will keep you posted.

Thanks

Sary

*Sary Boettner*

Product Manager

**Permatex®**

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

**From:** Braga, Donny
**Sent:** Tuesday, February 17, 2015 2:08 PM
**To:** Boettner, Sary; Dann, Matt
**Cc:** Ahumah, George; Jackson, William
**Subject:** RE: Bullseye Windshield Repair Kit

Thanks Sary, please keep us up to date as to when any changes are made.

Thanks

ITW 003593

Donny

**From:** Boettner, Sary
**Sent:** February-17-15 1:38 PM
**To:** Braga, Donny; Dann, Matt
**Cc:** Ahumah, George; Jackson, William
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Donny,

Yes, there will be some cost increases on the items moving from Glass Star to Pacer. The sourcing team is still working on finalizing the quotes with Pacer. There will be no modifications to the kits. For the most part, everything will remain the same.

Please let me know if you have any further questions.

Sary

*Sary Boettner*

Product Manager

## Permatex®

10 Columbus Blvd., 5th Floor

Hartford, Connecticut 06106

Office: (860) 543-6981

Cell: (561) 603-9600

Fax: (860) 543-6997

ITW 003594

**From:** Braga, Donny
**Sent:** Tuesday, February 10, 2015 7:12 AM
**To:** Dann, Matt; Boettner, Sary
**Cc:** Ahumah, George
**Subject:** RE: Bullseye Windshield Repair Kit

Nice job guys.

Sary, any idea as to the change in cost? By moving to Pacer are we looking at a potential cost decrease or increase? Other than the formulation are we looking at any additional modifications to the item?

George, please put this item on our product tracker as an item to evaluate in the coming weeks.

Thanks team

Donny

**From:** Dann, Matt
**Sent:** February-02-15 11:19 AM
**To:** Boettner, Sary
**Cc:** Braga, Donny; Ahumah, George
**Subject:** RE: Bullseye Windshield Repair Kit

Hi Sary,

Glad to hear there has been some good progress with this item.

I will certainly follow up for a further update is a few weeks.

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501



**From:** Boettner, Sary
**Sent:** February-02-15 11:15 AM
**To:** Dann, Matt
**Cc:** Braga, Donny; Ahumah, George
**Subject:** RE: Bullseye Windshield Repair Kit
**Importance:** High

Hi Matt,

Yes, we have identified Pacer as the potential new supplier for the Windshield repair kits. We are in the final stages of approving the formulation and the sample product kit. As for the patent on Glass Star's kit, we have consulted with our ITW Patent Legal Team and we have no issue moving forward with the new supplier. As of now, the timing to start receving FG inventory from Pacer is projected for end of March.

Please feel free to touch base with me again mid-February for another update. Let me know if you have any further questions.

Thanks

Sary

**From:** Dann, Matt
**Sent:** Tuesday, January 27, 2015 4:46 PM
**To:** Boettner, Sary
**Cc:** Braga, Donny; Ahumah, George
**Subject:** Bullseye Windshield Repair Kit

Hi Sary,

Hope you are managing ok with the snow storm you guys are getting hit with right now.

I wanted to touch base with you regarding the Bullseye Windshield Repair Kit.

I had a conversation with Lori Barton the other week about the struggle we both have been having acquiring inventory from Glass Star America.

I understand that they are not very financial sound at this point and their work practices are not exactly up to ITW standards according to what I've heard from the last visit to their facility.

It came up that you were looking at having Pacer Technology potentially take over this business?

Would you be able to share any details or progress on this avenue or other potential suppliers who may also be able to facilitate this product?

I believe that Glass Star did hold the patent on a number of components that were in this kit; is that going to be one of the challenges in finding a new supplier to source from?

Any info you can provide would be greatly appreciated.

Thanks Sary and drive safe in the brutal conditions!

Regards,

Matt Dann

Inventory Planner

ITW Permatex Canada

905 693-8900 Ext 3501


**Permatex.**