# EXHIBIT V



**ITW GLOBAL BRANDS**

ITW Global Brands
6925 Portwest Dr. Suite 100
Houston, TX 77024

September 4, 2015

Glass Star America Inc.

Dear Anthony Jacino Sr.:

This letter is to inform Glass Star America Inc., that ITW Global Brands will not purchase more products beyond current open orders. If these current open order cannot be delivered before September 30, 2015 ITW Global Brands reserves the right to cancel these order with no liability whatsoever.

Please return a signed copy of this letter as acknowledgement.

Sincerely,

Jim Lis

Supply Chain Director
ITW Global Brands

Signature Glass Star America Inc.

Name: _____     Date: _____

Signature ITW Global Brands
Name: _____     Date: _9/4/2015_

CONFIDENTIAL-JAC000122