# EXHIBIT W

# NYS Department of State

## Division of Corporations

### Entity Information

The information contained in this database is current through September 8, 2017.

Selected Entity Name: CLEAR STAR PRODUCTS INC.
Selected Entity Status Information

| | |
|---|---|
| Current Entity Name: | CLEAR STAR PRODUCTS INC. |
| DOS ID #: | 477214 |
| Initial DOS Filing Date: | MARCH 14, 1978 |
| County: | SUFFOLK |
| Jurisdiction: | NEW YORK |
| Entity Type: | DOMESTIC BUSINESS CORPORATION |
| Current Entity Status: | INACTIVE - Dissolution by Proclamation / Annulment of Authority (Jan 25, 2012) |

Information to reinstate a corporation that has been dissolved by proclamation or annulment of authority by proclamation is available on the New York State Department of Taxation and Finance website at www.tax.ny.gov keyword TR-194.1 or by telephone at (518) 485-6027

Selected Entity Address Information

**DOS Process (Address to which DOS will mail process if accepted on behalf of the entity)**
CLEAR STAR PRODUCTS INC.
355 MARCUS BLVD
HAUPPAUGE, NEW YORK, 11788

**Chief Executive Officer**
GERALD JACINO
241 FARMAN LANE
NORTH BABYLON, NEW YORK, 00000

**Principal Executive Office**
ANTHONY JACINO
16 BRIANA COURT
EAST MORICHES, NEW YORK, 11940

**Registered Agent**
NONE

This office does not record information regarding the names and addresses of officers, shareholders or directors of nonprofessional corporations except the chief executive officer, if provided, which would be listed above. Professional corporations must include the name(s) and address(es) of the initial officers, directors, and shareholders in the initial certificate of incorporation, however this information is not recorded and only available by viewing the certificate.

*Stock Information

| # of Shares | Type of Stock | $ Value per Share |
|---|---|---|
| 200 | | No Par Value |

*Stock information is applicable to domestic business corporations.

| Filing Date | Name Type | Entity Name |
|---|---|---|
| JUN 15, 1978 | Actual | CLEAR STAR PRODUCTS INC. |
| MAR 14, 1978 | Actual | CLEAR STAR PRODUCTIONS INC. |

A **Fictitious** name must be used when the **Actual** name of a foreign entity is unavailable for use in New York State. The entity must use the fictitious name when conducting its activities or business in New York State.

NOTE: New York State does not issue organizational identification numbers.

Search Results   New Search

Services/Programs   |   Privacy Policy   |   Accessibility Policy   |   Disclaimer   |   Return to DOS Homepage   |   Contact Us