# **EXHIBIT X**

Page 1

```
                 UNITED STATES DISTRICT COURT
                 EASTERN DISTRICT OF NEW YORK

ANTHONY JACINO and GLASS STAR   )
AMERICA, INC.,                  )
                                )
              Plaintiffs,       )
                                )
          vs.                   )
                                     16-CV-01704(BMC)
                                )
ILLINOIS TOOL WORKS, INC., ITW  )
GLOBAL BRANDS, ITW POLYMERS &   )
FLUIDS, and PERMATEX INC.,      )
                                )
              Defendants.       )
--------------------------------)
ILLINOIS TOOL WORKS, INC.,      )
                                )
              Counterclaimant,  )
                                )
          vs.                   )
                                )
                                )
GLASS STAR AMERICA, INC.        )
                                )
              Counterclaimant.  )
--------------------------------)


              VIDEOTAPED ATTORNEYS' EYES ONLY
                DEPOSITION OF GERALD JACINO
                   Farmingdale, New York
                 Wednesday, March 29, 2017
```

Reported by: Philip Rizzuti

Job No: 121192

Page 2

1
2
3
4                  March 29, 2017
5                    10:48 a.m.
6
7         Deposition of GERALD JACINO,
8    held at the offices of TSG Reporting
9    Company, 855 Conklin Street,
10   Farmingdale, New York, pursuant to
11   subpoena, before Philip Rizzuti, a
12   Notary Public of the State of New York
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

```
 1
 2    A P P E A R A N C E S:
 3
 4         INTELLECTULAW
 5         Attorneys for Plaintiffs
 6              25 Little Harbor Road
 7              Mount Sinai, NY 11766
 8         BY:   PANAGIOTA TUFARIELLO, ESQ.
 9
10
11         THOMPSON COBURN
12         Attorneys for Defendants
13              One US Bank Plaza
14              St. Louis, MO 63101
15         BY:   MICHAEL NEPPLE, ESQ.
16
17
18    ALSO PRESENT:
19         MANUEL GARCIA, Videographer
20         ANTHONY JACINO, SR.
21
22
23
24
25
```

Page 4

1
2          IT IS HEREBY STIPULATED AND AGREED,
3    by and between counsel for the respective
4    parties hereto, that the filing, sealing and
5    certification of the within deposition shall
6    be and the same are hereby waived;
7          IT IS FURTHER STIPULATED AND AGREED
8    that all objections, except as to the form
9    of the question, shall be reserved to the
10   time of the trial;
11         IT IS FURTHER STIPULATED AND AGREED
12   that the within deposition may be signed
13   before any Notary Public with the same force
14   and effect as if signed and sworn to before
15   the Court.
16
17
18
19
20
21
22
23
24
25

1        Gerald Jacino - attorneys' eyes only
2            THE VIDEOGRAPHER:  This is the
3    start of media labeled number 1 of the
4    video deposition of Gerald Jacino in the
5    matter of Anthony Jacino and Glass Star
6    America Inc., versus Illinois Tool Works
7    Inc., et al., on March 29, 2017 at
8    approximately 10:48 a.m.
9            My name is Manuel Garcia, I am the
10   legal video specialist from TSG
11   Reporting Inc.  The court reporter is
12   Phil Rizzuti in association with TSG
13   Reporting.
14           Will counsel please introduce
15   yourselves.
16           MS. TUFARIELLO:  Good morning, my
17   name is Betty Tufariello with The Law
18   Offices of P.B. Tufariello, P.C. also
19   known as IntellectuLaw, located at 25
20   Little Harbor Road, Mount Sinai, New York
21   11766, and I am here this morning on
22   behalf of the plaintiff Anthony Jacino
23   and Glass Star America Inc., and I am
24   also here representing the witness this
25   morning.

Page 6

1  Gerald Jacino - attorneys' eyes only
2         MR. NEPPLE:  My name is Mike
3  Nepple, I represent the ITW defendants in
4  this matter.  My law firm is Thompson
5  Coburn and our main office is located in
6  St. Louis, Missouri.
7         THE VIDEOGRAPHER:  Will the court
8  reporter please swear in the witness.
9  G E R A L D   J A C I N O, called as a
10       witness, having been duly sworn by a
11       Notary Public, was examined and
12       testified as follows:
13 EXAMINATION BY
14 MR. NEPPLE:
15     Q.   Good morning Mr. Jacino, how are
16 you?
17     A.   Good morning.
18     Q.   My name is Mike Nepple, I just
19 introduced myself on the record.  You
20 understand that I represent the ITW entities
21 in this case?
22     A.   Yes I do.
23     Q.   Have you ever been deposed before
24 sir?
25     A.   No, sir.

Page 7

1      Gerald Jacino - attorneys' eyes only
2         Q.    Can you please give me your full
3    legal name first?
4         A.    My name is Gerald Jacino.
5         Q.    What is your home address
6    including state?
7         A.    241 Far Hand Lane, North Babylon,
8    New York 11703.
9         Q.    Do you have a business address
10   sir?
11        A.    Yes I do.
12        Q.    Can you give that to me please?
13        A.    355 Marcus Boulevard, Hauppauge
14   New York 11788.
15        Q.    In this deposition you saw the
16   court reporter just swore you in, so you
17   understand that you are under oath?
18        A.    I understand, yes, sir.
19        Q.    Wait for me to finish my question
20   before you give your answer, it allows the
21   court reporter, it is hard to take down two
22   people talking at the same time.  I know
23   generally when people are talking we finish
24   each other's thoughts, but try to give a
25   little pause so that he can put down one and

```
 1       Gerald Jacino - attorneys' eyes only
 2       A.    Yes.
 3       Q.    Do you have any financial interest
 4  whatsoever in this litigation?
 5       A.    Financial interest; zero.
 6       Q.    Are you financing this litigation?
 7       A.    No.
 8       Q.    Have you loaned any money to your
 9  brother to finance this litigation?
10       A.    No.
11       Q.    Have you deferred any amounts due
12  from your brother to see if he can collect
13  from any ITW entities and then repay you any
14  amounts?
15             MS. TUFARIELLO:  Objection.
16       A.    No agreement at all.
17       Q.    So no matter what happens with
18  this litigation you are not going to make one
19  more dollar?
20       A.    Correct.
21       Q.    Would that same question be the
22  same for any family members?
23       A.    Correct.
24       Q.    Do you claim an interest in the
25  copyrights reflected in Exhibit 2 and 3?
```