UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-------------------------------------------------------X
ANTHONY JACINO, and GLASS
STAR AMERICA, INC.,

     Plaintiffs,

v.

ILLINOIS TOOL WORKS INC.,
ITW GLOBAL BRANDS, ITW
POLYMERS & FLUIDS, and
PERMATEX INC.,

     Defendants.

-------------------------------------------------------X
ILLINOIS TOOL WORKS INC.,

     Counterclaimant,

v.

GLASS STAR AMERICA, INC.,

     Counterdefendant.

---------------------------------------------------- X

Case No. 16-CV-01704 (BMC)

**ITW'S NOTICE OF MOTION FOR ATTORNEYS' FEES RE SUMMARY JUDGMENT**

Date:     December 1, 2017
Time:     1:30 p.m.
Location:  Courtroom 8D South

    TO:    P. Betty Tufariello
             P.B. Tufariello, P.C.
             25 Little Harbor Road
             Mount Sinai, NY 11766

PLEASE TAKE NOTICE that Defendants Illinois Tool Works Inc., ITW Global Brands, ITW Polymers & Fluids, and Permatex, Inc. (collectively "ITW"), by and through their undersigned counsel, hereby move before the United States District Court for the Eastern District of New York, for an award of attorneys' fees in favor of ITW and against Plaintiffs and Plaintiffs' counsel for multiplying and extending the proceedings by refusing to dismiss

unreasonable, unsupported, and/or preempted claims and issues.  This Court possesses the inherent power to award attorneys' fees in ITW's favor based on this misconduct.

PLEASE TAKE FURTHER NOTICE that, in support of its motion, ITW will rely upon this notice of motion, the accompanying memorandum of law, and the accompanying declaration of Brian G. Arnold and the exhibit thereto.

Dated:  October 20, 2017 THOMPSON COBURN LLP

BY:  /s/ *Brian G. Arnold*
    Brian G. Arnold, *Pro Hac Vice*
    Michael L. Nepple, *Pro Hac Vice*
    Justin P. Mulligan*, Pro Hac Vice*
    2029 Century Park East, 19th Floor
    Los Angeles, CA 90067
    P: 310.282.2500
    F: 310.282.2501
    barnold@thompsoncoburn.com
    mnepple@thompsoncoburn.com
    jmulligan@thompsoncoburn.com

Attorneys for Defendants
ILLINOIS TOOL WORKS INC., ITW GLOBAL BRANDS, ITW POLYMERS & FLUIDS, and PERMATEX INC. and Counterclaimant ILLINOIS TOOL WORKS INC.

# CERTIFICATE OF SERVICE

    I hereby certify that on October 20, 2017, I served the foregoing ITW'S NOTICE OF MOTION FOR ATTORNEYS' FEES RE SUMMARY JUDGMENT with the Clerk of the Court to be served via operation of the Court's electronic filing system on all parties of record, including Plaintiffs' counsel listed below. Additionally, a courtesy copy of the foregoing was mailed contemporaneously to the Court.

    Panagiota Betty Tufariello
    P.B. Tufariello, P.C.
    25 Little Harbor Road
    Mount Sinai, NY 11766
    Email: Pbtufariello@intellectulaw.com

    */s/ Brian G. Arnold*
    Brian G. Arnold